UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



1    Franklin H. Wright

2    (on behalf of Jesse F. Swartz, Sr.;
3    the Office of the President of the United
     States;
4    and the U.S. Senate's Select Committee on
5    Intelligence)

6    1001 Polk Street
     San Francisco, CA 94109
7    frank.wright9@gmail.com
     Phone number not applicable
8
9    V.

10   United States of America, in the care of:

11   United States Department of the Navy
12   Secretary Raymond E. Mabus, Jr.
     The Pentagon
13   Arlington, VA 20301

14   &

15
16   Department of Justice
     Attorney General Eric H. Holder, Jr.
     950 Pennsylvania Avenue, NW
17   Washington, DC 20530-0001

18   &

19
20   Central Intelligence Agency
     Director John O. Brennan
21   1000 Colonial Farm Rd.
     McLean, VA 22101

22
23   &

24   Federal Bureau of Investigations
     Director James B. Comey
25   935 Pennsylvania Ave NW
     Washington, DC 20535

26

27

28

Case No.

**CV 13 5994**

**LB**

*Wright v. United States of America*, Case #

Page 1 of 46

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT

### I.   JURISDICTIONAL STATEMENT(S)

Jurisdiction of this court is invoked under 28 U.S.C.A. § 1343(a)[1] and U.S.C.A. § 1331, which states the "district courts shall have original jurisdiction of all civil actions under the Constitution, laws, or treaties of the United States."

Pursuant to 28 U.S.C.A. § 1391 (e) (2), venue in this Court is prudent as "a substantial part of the events…giving rise to the claim" have occurred in San Francisco, California (Exhibit H) or are concerned with companies presently headquartered or formerly headquartered in California (see Index).  Pursuant to 28 U.S.C.A. § 1391 (e) (3)[2], venue is also proper.

Plaintiff files this action on behalf of the Office of the President of the United States and the Senate's Select Committee on Intelligence.   Plaintiff is an United States citizen residing in California since September 18th, 2013.   Defendants are agencies of the United States and are entrusted to abide by the laws of the country they govern and protect.   Plaintiff asserts claims arising from the Constitution and additional claims arising from case law and general state statutes cement this Court's jurisdiction.

Pursuant to 50 U.S.C.A. § 413 (a) (1):

"The President shall ensure that the intelligence committees are kept fully and currently informed of the intelligence activities of the United States, including any significant anticipated intelligence activities as required by this subchapter."   Pursuant to 50 U.S.C.A. § 413 (a) (2), "committees," as stated, refer to the Senate's Select Committee on Intelligence and the House of Representative's Permanent Select Committee on Intelligence.   50 U.S.C.A. § 413 (b) expressly

---

[1] The code refers to any civil action whereby a person seeks to recover damages for an injury (paraphrased); (a) (3) authorizes this Court "to redress the deprivation, under color of any State law, statute…, of any right, privilege…secured by the Constitution of the United States…for equal rights of citizens…"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

authorizes the President's Power to "ensure that any illegal intelligence activity is reported promptly

to the intelligence committees, as well as any corrective action that has been taken or is planned..."

Pursuant to 10 U.S.C.A. § 5013, the Secretary of the Navy ("SECNAV") is expressly

authorized to run the United States Navy, including recruitment and training of Navy personnel. Title

10, section 5013 also discusses the hierarchy of the military, with SECNAV consensually reporting to

the Secretary of Defense.

Pursuant to 10 U.S.C.A. § 113, the Secretary of Defense is appointed by the President from

civilian life and confirmed by the Senate. 10 U.S.C.A. § 151 discusses the role of the Joint Chiefs of

Staff. 10 U.S.C.A. § 151 (a) suggests the Chairman of the Joint Chiefs of Staff reports to SECDEF,

but (b) (1) affords the President, and associated Departments, a direct advisory capacity whereby:

(1) The Chairman of the Joint Chiefs of Staff is the principal military adviser to the President,

the National Security Council, the Homeland Security Council, and the Secretary of Defense.

Pursuant to 28 U.S.C.A. § 531, The Federal Bureau of Investigation is in the Department of

Justice. 28 U.S.C.A. § 532 explicitly gives the Attorney General the power to appoint a Director of

the Federal Bureau of Investigation. 28 U.S.C.A. § 533 expressly links the State Department and the

Department of Justice, offering the Attorney General the power to appoint people to protect the

President, the Attorney General, and conduct investigations on behalf of the office of the Attorney

General.

50 U.S.C.A. § 403-4a creates the Director of the Central Intelligence Agency. As per 50

U.S.C.A. § 403-4a (b), the Director is supervised by the Director of National Intelligence. In

addition, 50 U.S.C.A. § 3506 discusses authorities granted to the Central Intelligence Agency and (a)

---

[2] The code states that an action "may be brought in any judicial district where the plaintiff resides if no real property is involved in the action." Considering Plaintiff is asking for investigation, representation, and discovery; the code applies.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(4) discusses some limitations re: the C.I.A.'s role within the United States. The law does permit the C.I.A. to train personnel in the United States.

## II. CAUSE(S) OF ACTION

(1) Plaintiff states a breach of fiduciary duty (Count 1) against the Department of Justice and,

(2) A U.S. Attorney breached California's Business and Professions Code § 6068 (f) and (h) and;

(3) Plaintiff states a breach of implied contract claim *(Cal. Civ. Code § 1621)* against defendant Federal Bureau of Investigations[3] and;

(4) Plaintiff states a breach of fiduciary duty[4] against the Department of Justice and;

(5) Plaintiff states a claim for violating Amendment VIII *(U.S. Const.)* against defendant Central Intelligence Agency (re: "cruel and unusual punishments") and;

(6) Plaintiff asserts a claim that defendants (in aggregate, as agents of United States) have violated Amendment XIII (U.S. Const.) whereby Plaintiff is an "involuntary servant" and;

Plaintiff reserves the right to alter or add claims and/or defendants at the close of Discovery.

## III. STATEMENT OF FACTS

Plaintiff files the action herein in order to compel discovery related to activities as described herein.

Plaintiff's father entered and exited the United States Naval Academy in the late 1960's. To Plaintiff's knowledge, his father did not graduate from the United States Naval Academy.

---

[3] A discussion of "what we investigate" is found here: http://www.fbi.gov/about-us/investigate/what_we_investigate. Plaintiff has alleged public corruption (Medina County Court of Common Pleas; Cook County Clerk and Cook County Judges re: January 2nd, 2007, and now the Supreme Court of the United States' Clerk of the Court). He has alleged racketeering as defined in 18 U.S.C.A. § 1961 (as one example, some of Plaintiff's allegations re: previous employment may fall within section 1957 "relating to engaging in monetary transactions in property derived...from unlawful activity".
[4] *Wright v. Marriott,* (Ex. H, pg. 15) discusses fiduciary relationships. (i.e. – U.S. Attorneys, the F.B.I., and their responsibilities to U.S. citizens). *Pierce v. Lyman,* 1 Cal. App. 4th 1093, 1101 (1991) discusses breach of fiduciary claims in California whereby Plaintiff must allege the existence of a fiduciary relationship, its breach, and the damage caused by

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff's father, Jesse F. Swartz, Sr. was a Vice President of Atlas-Lederer Co. ("Atlas") in Cleveland, Ohio c. 1991. Atlas was a scrap metal recycling company. The F.B.I. maintains an office in Cleveland, Ohio. The United States Attorney General, by and through their attorney's (called United States Attorneys) maintains an office in Cleveland, Ohio.

Plaintiff was an employee of Atlas in Cleveland, Ohio c. 1991.

Case Numbers 08-CR-068 (Ex. 2) and 04-CR-030 (Ex. 3) filed in United States District Court, Northern District, Eastern Division (Cleveland, Ohio) refer to the Atlas-Lederer Company. One reference is explicit (via an indictment), one implied[5].

Plaintiff accompanied his great-aunt R. Jean Swartz to San Francisco and visited with his great-aunt Nancy S. Wilson in Portola Valley, California c. 1985. Plaintiff was entertained by Mrs. Wilson and her son, Bobby. Plaintiff's great-Uncle is John A. Wilson, a founder of Wilson, Sonsini, Goodrich, and Rosati, P.C. ("WSGR"), a graduate of Western Reserve Academy, and a graduate of Yale University's law school. WSGR is based in Palo Alto, California.

Plaintiff attended Western Reserve Academy in Hudson, Ohio and graduated c. 1991.

Plaintiff worked for several technology and consulting companies in his career. The companies include *Ariba, Inc.*; *BroadVision*; and *Oracle Corporation* and they were all headquartered in the Bay Area at the time of Plaintiff's employment.

Plaintiff entered and left the University of Chicago in 2008 under odd circumstances, a lawsuit by Plaintiff against the school followed.

The President of the United States ("POTUS") and the First Lady are affiliated with the University of Chicago. POTUS also attended Harvard's Law School.

---

the breach (i.e. – a request to a U.S. Attorney and F.B.I. by a vetted complaint and the subsequent denial of same, extended homelessness and poverty).
[5] §

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On November 8th, 2013, Plaintiff sent a letter and related exhibits to Admiral Michael G. Mullen, a member of the Board of Directors for General Motors.

Please see Superior Court of California, San Francisco Case No. CGC-13-536085 and Case No. 13-17439 in San Francisco's Ninth Circuit Court of Appeals for a discussion of Plaintiff's arrival to California in September, 2013 and all events leading up to Plaintiff's request for help from the F.B.I.'s San Francisco office in December, 2013.

On or about December 11th, 2013, Plaintiff stopped by the U.S. Attorney's office in San Francisco, California and requested to speak with an U.S. Attorney. He met with a man named Kyle. Kyle identified himself as an U.S. Attorney. Plaintiff described a situation whereby plaintiff needed access to computer equipment to print and file a case in Superior Court. Kyle denied his request and stated he spoke for "this office."

On or about December 15th, 2013, Plaintiff sent an e-mail to San Francisco's Federal Bureau of Investigations ("F.B.I."). He requested investigation into the matters as stated within *Wright v. Marriott International, Inc., et al*; Case No. CGC-13-536085 in California's Superior Court, San Francisco. Within the e-mail, Plaintiff suggested the United States government, without his express permission or understanding may be "training" him. He explicitly referenced the F.B.I. and the Central Intelligence Agency in these communications as possible culprits. Plaintiff also suggested a "complex crime" whereby multiple parties were involved might have been committed against him. Plaintiff attached a Memorandum to the e-mail (*Wright*, Ex. H).

He also informed his father, Jesse F. Swartz, Sr. (f.k.a. Jesse F. Swartz, Jr.; a.k.a. Jess F. Swartz, IV, a.k.a. Jesse F. Swartz), to inform Plaintiff of any known linkage between Plaintiff's indigence, homelessness, or any legal actions taken against him and Plaintiff's family members (Ex. 1). Plaintiff carbon copied the F.B.I.'s San Francisco Office. Plaintiff requested that his father

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

inform Plaintiff, on behalf of Plaintiff's siblings and parents, and divulge any incidences that may have led to Plaintiff's situation[6] (i.e. – Did Plaintiff's brother send a letter to Ohio's Department of Taxation erroneously stating he thought Plaintiff was "cheating on his taxes?") Plaintiff's father has not, as of this filing, responded.

San Francisco's F.B.I. office rejected Plaintiff's request via e-mail on December 16th, 2013 (Ex. 1).

---

[6] Divorce, criminal history, bankruptcy, erroneous record for personal financial mismanagement, legal allegations against him (i.e. – fraud), indigence, and homelessness.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IV. LAW IN SUPPORT OF CLAIMS

In *Wright v. Marriott*, Plaintiff attaches a Memorandum, Exhibit H from a similar case in Summit County Court of Common Pleas; Akron, Ohio from 2011 (2010-12-8241). He dismissed the case and then forwarded a letter requesting investigation by the U.S. Attorney's office in Cleveland, Ohio.   Within the Memorandum (Exhibit H, case number 2010-12-8241, Summit County Court of Common Pleas; Akron, Ohio), Plaintiff discusses a situation whereby he believes he was under the influence of some substance (*Ex. H - Memo*, Section G). A substance, he contends, was the root cause that drove a frenetic call to "911" whereby Plaintiff screamed in the phone for help. He recalls the call where he screamed into the phone, "This is not a joke![7]" The call should be available to defendant F.B.I. via subpoena. A breach of fiduciary claim against the Department of Justice (Count 1) is made in the paragraph herein.

At the hospital, Plaintiff was questioned by "nurses" before being given a shot of what they said was Ativan (adavan). An honest response would have implicated Plaintiff's father so Plaintiff lied to the nurses. Plaintiff believes this situation may have been perpetrated by the C.I.A. as a training mechanism or may have been a crime committed by organized crime (i.e. – the mob). The punishment was certainly cruel – the pain in Plaintiff's head was excruciating – and the situation defines unusual. Plaintiff's 5th claim - against the C.I.A. for violating the 8th amendment (U.S. Const.) - is made and supported herein (Count 1).

Plaintiff filed suit against the San Francisco General Hospital as stated in *Wright v. Marriott*. Plaintiff's claims require Discovery to prove; he contends many explanations are plausible: a true intermittent and serious psychiatric issue left untreated, non-governmental sponsored crime against

---

[7] Plaintiff also recalls working on a business plan while staying at the Motel 6. He believes the spreadsheet was being altered by hackers while he worked on it.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff, governmental training (also a crime if not agreed to by Plaintiff), religious fanatic crime, or other explanation.

Considering random acts of intermittent psychiatric issue or violence against him have not ceased, Plaintiff informed the F.B.I. in San Francisco via e-mail and requested investigation into the matter on or about December 15th, 2013 (Ex. 1). As per the time of their e-mail response, an allegation that the F.B.I. did not properly vet the claim by reading the case and exhibits certainly seems to be true (4th claim, breach of fiduciary against the Department of Justice made herein).

Plaintiff also attached a letter he had sent to the District Attorney's office (2011) in Cleveland, Ohio ("c.c.-ing" the United States Attorney's office in Cleveland, Ohio) and forwarded it to the F.B.I. in San Francisco, California via e-mail in early December, 2013.

The real issue is an implied contract that exists between the F.B.I. and U.S. Citizens. What happened to Plaintiff? Considering all claims as stated in Plaintiff's Index herein and considering the damage caused to him isn't the F.B.I. the last and only measure for investigation? If Plaintiff alleges possible corruption in the Court and has alleged complaints against the police, isn't it reasonable to assume a domestically-focused *level above* must be involved? Another topic – when does the F.B.I. take action; what if they're wrong? What if Plaintiff is incorrect?

Plaintiff contends his interpretation that a crime has occurred against him and requires F.B.I. investigation is "reasonable and fair"; a denial of investigation "unreasonable and unfair." The reasonable interpretation, therefore, "…is accepted." *Corp. of America v. Kasey* (1960) 176 Cal. App. 2d, 357 [6].

As an example of Plaintiff's concerns re: organized crime or some sort of odd field-based and unknown-to-Plaintiff governmental training, Plaintiff, while residing at the Haven of Rest ("Haven") in Akron, Ohio, was followed one day by another Haven client. The man who followed him stole

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff's reading glasses while Plaintiff was in the restroom. The incident in *Wright v. Marriott's* Ex. H occurred sometime after the theft, but while Plaintiff was in a Motel 6. *Why?* The answer to "*Why?*" would follow an investigation; one that hasn't, to Plaintiff's knowledge, yet occurred. Pursuant to 28 U.S.C.A. § 535, which authorizes the F.B.I. to investigate alleged government crimes, a lawsuit to demand investigation is well-supported. Four of Plaintiff's complaints are against Judges – two in Ohio; two in Chicago, IL. One Judge is a Federal Judge in the States District Court; Akron, Ohio. Plaintiff is also concerned about the Clerk of the Court – the United States Supreme Court's clerk included (Ex. 10) as well as the United States Marshal Service in Akron, Ohio.

The F.B.I. has an obligation to investigate pursuant to 28 U.S.C.A. § 535. The e-mail denial in Exhibit 1 supports Plaintiff's breach claim (actually two counts – one violating California's implied contract law, one violation of Federal law as per 28 U.S.C.A. § 535).

Further, Plaintiff suspects former employers conspired against him and may have committed racketeering. Those allegations are the root of Plaintiff's divorce, destitution, homelessness and – *I can't believe I just thought of it* – suicide thoughts. The F.B.I. and U.S. Attorneys in California would both be responsible (based on the location of Plaintiff's employer's headquarters at the time of alleged incidents) to investigate and, if the occasion so warrants, to take appropriate action.

Pursuant to Cal. Business and Professions Code § 6068 (f) and (h), Exhibit 6, any U.S. Attorney practicing in California would be accountable for pursing Plaintiff's claim, once vetted. Plaintiff's meeting with the U.S. Attorney (Kyle) on or about December 11th, 2013 requesting assistance – *just to print his case*, not for any of his valuable time – supports a breach of California's Business and Professions code.

Pursuant to 50 U.S.C.A. § 413 (b), the President is empowered to inform intelligence committees of illegal activity. Plaintiff suspects some sort of 'training' has occurred whereby the

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C.I.A. may have been the culprit behind Plaintiff's incident in the Motel 6 in Akron, Ohio (Copley, Ohio; *Wright v. Marriott*, Exhibit H). Plaintiff will discuss the lesson in the Summation section of this complaint.

Plaintiff is requesting, via this lawsuit, that an investigation into all allegations Plaintiff maintains be completed by the F.B.I.

### V.    STATEMENT OF DAMAGES

Life harm has been described throughout Plaintiff's allegations – beginning with a bankruptcy filing in 2009 in Chicago.   Sustained damage includes alcoholism, physical altercations, criminal history, personal credit history destruction, marital difficulty and divorce, extensive underemployment, lack of sex, lack of children and family, contemplation of suicide, homelessness, reputational harm and financial ruin.

Inaction by defendants, as named, exacerbates life harm.

### VI.    CLAIM FOR RELIEF

(1) Plaintiff suspects his father was gently pushed from the United States Naval Academy and was expected, knowingly or not, to report crime once he found it within his industry. The net effect was the outcome in 08-CR-068 (Ex. 2) and 04-CR-030 (Ex. 3).  Plaintiff therefore requests to see all evidence provided by or testimony given by Plaintiff's father, Jess F. Swartz, IV (Jesse F. Swartz, Jr.) in Case Nos. 08-CR-068 (Ex. 2) and 04-CR-030 (Ex. 3) and;

(2) Pursuant to the outcome of (1) within Section V herein, a retirement package is granted to Plaintiff's father at a level commensurate with service rendered and;

(3) Plaintiff demands an investigation into Plaintiff's own legal claims and;

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(4) Plaintiff requests to be "read into[8]" his life by ALL defendants and;

(5) A psychiatric review of Plaintiff by an honorable United States Navy psychiatrist with no less than 20 years of experience is completed, if needed and;

(6) Plaintiff demands civil representation is sponsored by the Department of Justice regarding his legal claims as listed in the Index of Case Filings herein, in their entirety, assuming the law allows such a request.

Plaintiff reserves the right to alter his claim (prayer) for relief as required.

## VII.   SUMMATION

Plaintiff has lied to psychiatrists on several occasions.

Jesse F. Swartz, V contemplated suicide twice.

The first time Jesse contemplated suicide was while walking across a bridge from a labor hall (AmeriTemps; Akron, Ohio) toward the Haven of Rest c. 2010. Plaintiff stopped and looked down into the valley below. A jail was there; a fence surrounded it. He then realized – it can, it does get that bad. AmeriTemps was that bad. A man, a black man, walked across the bridge in the opposite direction and said to Plaintiff "Everyone who has ever jumped has regretted it."

The second time Jesse thought about committing suicide was a short time later; also while staying at the Haven of Rest.

He chose a place near a river in the valley below the bridge.

He acquired pills from an emergency room in Akron, Ohio and was going to take the entire bottle. Instead he cried by the river for awhile and returned to the Haven of Rest for dinner.

Plaintiff has not contemplated any other attempts on his life.

What is the primary lesson in *Wright v. Marriott*, Exhibit H? This is what it feels like to fear death and fight to survive; this is a bit of what it feels like to understand self-preservation's resolve.

---

[8] Much like the definition of *certiorari*, Plaintiff seeks to be *fully informed*.
*Wright v. United States of America*, Case #

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This is the meaning of the words that begin *"Mine eyes…"* The lesson is applicable to severe foreign human rights issues, severe domestic crime, misguided religious zealots (e.g. - mass suicides fueled by misinformed religious leadership), and our subsequent governmental needs for intelligence gathering, diplomacy, economic policy (foreign and domestic), education, law enforcement, and military strength. The lesson is even applicable to the fundamentals of sportsmanship, leadership and parenting. The lesson speaks to the danger of "winning at all costs" where we might exert so much pressure upon our youth that they end up taking their own lives and the lives of loved ones. A link to gun control exists.

The lesson has made Plaintiff think. Yes, the lesson is a violation of his civil rights; but now that it's happened, what did we learn?

The prevention of crime is rooted in preserving people's chance to try and find some sense of happiness; to build a life you choose, to compete within the rule of law without being taken advantage of; without being oppressed and literally beaten. The lesson is linked to our economy, to the creation of our country, to racism and hate crimes, to gay rights. It's why we protect our economy; it's why we maintain laws to govern and oversee the economy. It's supposed to be why Human Resource organizations exist within companies. They need to be strong and independent as opposed to jaded protectors of misguided management or rumor mills.

As for crime, who decides what crime is?

Walk around City Hall in San Francisco – they will tell you that quite a few people have been contemplating the question; we still contemplate the question.

The smartest in Italy[9] and England backed a person who sits in an oval office, the walls orbiting about. He, or she, is surrounded by people, many people, who are entrusted with office.

---

[9] Definition 5, *Latin*, dictionary of record within.

*Wright v. United States of America*, Case #     Page **13** of **46**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

They are taken care of – the positions are supposed to be an honor bestowed. The honor is protected and is entrusted with Power for a reason.

Lessons re: the vetting process – ensuring government officials are not corrupt - also exist. The second amendment roots itself in an awful situation whereby government becomes corrupt and citizens must fight their own government for survival of indefinable ideals. If the press is accurate, it's happening now in different places within the world. And truthfully, we can't afford to help everyone – not unless the wealth of nations decides to help.

Plaintiff has contemplated the invention of sport. Perhaps some of us need a place to exert controlled violence (e.g. - boxing, football). Plaintiff prefers the latter, Plaintiff's father performed both.

The need for sex can be discussed; in Plaintiff's case, heterosexual sex. For Plaintiff, women have the Power to heal, calm and soothe; the act itself a healthy workout, intense stress relief.

The Haven of Rest was also training of some sort. A mix of prison life, a violation of the First Amendment (we were forced to listen to felons deliver jaded Christian sermons before eating), untrained leadership, the desire for attention as a "savior of the weak", Munchausen Syndrome by proxy[10], and difficulty found in fighting those that control Maslow's basics (shelter, food), and crime found in unusual places like non-profits. To complain safely, you'd need to document, leave, and then call in help via a lawsuit or a properly vetted complaint to government.

The psychology beneath an incessant need to be considered a "savior" or viewed as superior and the First Amendment's freedom to practice or abstain from religion presents itself.

The violations enrage Plaintiff.

---

[10] The American Heritage Dictionary of the English Language, Fourth Edition. N. A psychological disorder in which a parent or other caregiver gains attention from medical professionals by repeatedly causing or fabricating disease symptoms in a child. Plaintiff contends this definition is slightly askew of what is occurring – the root is the desire to feel superior, as a savior of others. In order to feel or appear this way, people beat other people down (slang).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

People, like those who sit on the Board of Haven of Rest; those who anoint themselves "saviors" while beating people down – their actions are reprehensible. It's why we separate Church and State. Intellectual rigor stretches the mind, but it can also cause injury, pain, and self-abuse if led by untrained people.

Denying a young girl in the Middle East educational opportunities? I suppose not everyone works for money – some end up hating that idea so much they join forces and fight for a true cause. They're okay with barracks and average meals, okay with taking orders, and perfect their bodies to ready themselves for action. Hopefully they don't want to die, but they are willing to in order to ensure that a young girl in the Middle East can go to school; that she does have an opportunity for children; that they can provide for themselves; that they learn to paint or sing or dance or fall in love. That when the law permits and when they decide they're ready, they get to explore sex. They are afforded choice.

That's why we pay taxes and build C-130's; F-18As.

That's why we write and study code, annotated.

That's why we need redundancy; why some of it isn't written in the annotated version.

So instead of revolting, Mr. President, I decided to borrow the Power of your office.[11]

My very best to your family.

Respectfully,

__/s/ Franklin H. Wright__
Franklin H. Wright
1001 Polk St., Bed #68
San Francisco, California 94109

---

[11] I could also discuss the possibility that the University of Chicago and the President have been using my information and work for their benefit, without my permission and without market-value compensation.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## VIII.  INDEX – RELEVANT CASE FILINGS

| Case # | Parties | Location/Date | Key & Relevant Topics |
|--------|---------|---------------|----------------------|
| 06-D-7692 (Domestic) | Jennifer M. Swartz<br><br>v.<br><br>Jesse F. Swartz, V | Cook County, Chicago, IL, Domestic Division<br><br>July, 2006 – Sept., 2006 | Misrepresentation or Breach of Fiduciary Duty (husband's counsel re: Waiver of 2 year separation and right to marital property), Dissolution of Marriage, Duress & Negotiation, Alienation of Affection<br><br>Complaint (unfiled) against a therapist – husband/wife never discussed sex in counseling – in three years.<br><br>Other relevant issues listed in the cases that follow. |
| Unknown Case Number (Criminal) | Stone Park Police, District Attorney's Office, Chicago<br><br>v.<br><br>Jesse F. Swartz, V | Chicago, IL, Cook County,<br><br>c. January, 2007 – c. September, 2007 | Alcoholism (Loss of Memory) and Prescription Anxiety Medication, Lack of Sex, Excessive Force, Wrongful Accusation, Assault & Battery, Possible violation of the 8th Amendment re: Bail Amount, Attorney/Client Privilege, Disciplinary Alternatives for Attorneys, Possible Corruption, Duress & Negotiation.<br><br>(see U.S.A. v. Boffa, 513 Fed. Supp. 444) |
| 09-27024 (Bankruptcy) | Jesse F. Swartz, V | United States Bankruptcy Court for the Northern District, Illinois<br><br>2009-2010 | United States Bankruptcy Law – Chapter 7 and 11, U.S. Bankruptcy Trustee Responsibilities; Ethics, Misrepresentation, and Ego; The United States Constitution (i.e. - as it pertains to Monetary Property, 14th Amendment, Section 1), Time-Barred Arguments, Pay-for-Performance is Equal Rights, Disciplinary approaches and options for Trustees – Methods of Disagreements & Resolutions, $RICO^{12}$, Piercing the Corp. Veil, Wrongful Termination; Harassment; Intellectual Property Rights; Conflict of Interest; Original Claims against employers Ariba, Inc., BroadVision, and Oracle |

---

[12] Racketeer Influenced & Corrupt Organization Act, 18 U.S.C. § 1961-1968.

| | | | Corporation |
|---|---|---|---|
| 09-01145 (Bankruptcy) Adversary Proceeding | Chase Bank USA, N.A. v. Jesse F. Swartz, V | Chicago, IL December, 2009 | Chase accused Plaintiff of fraud in order to secure future payments. The judge "trapped" Defendant with a leading question re: his credit card use and Defendant's attorney "stepped away." Corruption allegation made here and now and may include Plaintiff's own attorney, the judge, and Chase's law firm. A link exists between Chase and the President (its where President Obama keeps his personal investments). Topics include duress and negotiation whereby Plaintiff was in a "weakened" state, may have been misrepresented, and could not "fight back" appropriately. |
| 2009-CH-48761 (Chancery) | J.P. Morgan Chase v. Jesse F. Swartz, V | Cook County, IL | Began foreclosure, but vacated due to short sale. Foreclosure still on record. (see *U.S.A. v. Boffa*, 513 Fed. Supp. 444) |
| 2009 – L0-14692 (Civil) | Jesse F. Swartz, V v. 1502 N. Sedgwick Condo Assoc. | Chicago, IL, Cook County Law Division Dec., 2009 – June, 2010 | *Pro Se* Rights, Reasons for Disbarment, Fiduciary Responsibilities of Agents, Real Estate Valuation, Ethics, Abuse of Power, Shareholder Rights, Fiscal Responsibility. |
| #M1 725645 (Civil) | 1502 N. Sedgwick Condo Assoc. v. Jesse F. Swartz, V | Chicago, IL, Cook County | Harassment, Eviction, Landlord/Tenant Law |
| 2010-L0-04638 (Civil) | Jesse F. Swartz, V v. University of Chicago | Chicago, IL, Cook County Law Division April, 2010 – July, 2011 | *Pro Se* Rights; Breach of Contract; Harassment; Fiduciary Responsibilities of Professors, Administrators, Deans; Ethical Marketing of Schools Capabilities; Defamation (subtle libel); Independent Study work product exhibits; Discrimination and an 18 yr. old's paper. |
| 2010-M1-140735 (Civil) | Jesse F. Swartz, V v. XSPORTFITNESS | Cook County Municipal Court Chicago, IL May, 2010 – June, 2011 | Was kicked out of a gym in Chicago. Sued the Gym. Incident most likely caused by erroneous accusation of "Sexual Harassment." |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | | | Supports legal claim for Defamation, would need Discovery to prove. |
| 06CRB01279 | Judge or Clerk<br><br>v.<br><br>Jesse F. Swartz, V | Medina County, OH<br><br>2006 | *Pro Se* Rights; Corruption in the Court, RICO, and Misdemeanor charge post-facto added to record despite innocence in Court.<br><br>(*see U.S.A. v. Boffa*, 513 Fed. Supp. 444) |
| 11DV0067;<br>11CAOO57-M<br>(Domestic Relations) | Jane A. Swartz (on behalf of Jess F. Swartz, IV)<br><br>v.<br><br>Jesse F. Swartz, V | Medina County, OH<br><br>May, 2011 | Civil Protection Order and Appeal, A kind of Munchausen Syndrome and Reverse Oedipal Complex, Intent to Induce Assault & Battery, Passive-Aggressive Domestic Harassment, Possible Corruption, Health Information Protection and Privacy Act of 1996. |
| Unknown<br>(Tax) | Ohio State Attorney General's Office; Ohio Department of Revenue<br><br>v.<br><br>Jesse F. Swartz, V | Akron, Ohio<br><br>c. 2010 | Personal Tax Audit for State Income Tax during 2008 Tax Year.<br><br>Result – Ohio was incorrect and owed Defendant refund, but would not remove the notation of the Lien, an inaccuracy he sought legal help to remedy. |
| Not filed<br>(Tax) | Jesse F. Swartz, V<br><br>v.<br><br>Ohio Dept. of Taxation | E-mail instruction was read by Ohio attorney on December 2nd, 2013.<br><br>June – December, 2013 | Retained an attorney to resolve erroneous tax lien notation.<br><br>Instructed the attorney to sue Ohio Dept. of Taxation. Reasserted via e-mail on Dec. 2nd, 2013.<br><br>Letter to Bar Assoc. requesting disciplinary action against attorney scheduled to be completed by Christmas, 2013. |
| Unknown<br>(Tax) | Akron Municipal Tax Authority<br><br>v.<br><br>Jesse F. Swartz, V | Akron, Ohio<br><br>2012 – 2013 (est.) | Personal Tax Audit.<br><br>Was audited by the Akron Tax Authority due to non-payment of Akron City Taxes.<br><br>Reason – Lack of Awareness.<br><br>Result – Municipal District was correct; Paid-in-full. |
| 2010-12-8241<br>(Civil) | Jesse F. Swartz, V<br><br>v.<br><br>Oracle Corporation | Summit County Court of Common Pleas, Akron, Ohio.<br><br>December 15th, 2010. | Breach of Fiduciary, Unpaid compensation, FMLA violation. |
| 2010-12-8241 | Jesse F. Swartz, V | Summit County Court | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| (Civil)<br><br>Several "Amendments To" added causes of action and claims against additional defendants as listed. | v.<br><br>Oracle Corp.<br><br>AND<br><br>Jennifer McInerney, Hughes Sokol, et al, Donald McInerney, Jane A. and Jess F. Swartz, IV, Jennifer Swartz, Nancy Wilson<br><br>AND<br><br>BroadVision<br><br>AND<br><br>Stone Park Police Department, Illinois, Breen Pugh, et al<br><br>AND<br><br>Jeremy M. Swartz | of Common Pleas, Akron, Ohio<br><br>December 21st, 2010. | Abandonment, Conspiracy, Breach of Contract, Misrepresentation, Intent to Induce Disorderly Conduct, Wrongful Imprisonment, Hospitalization without Cause, Harassment, Libel, and Destruction of Personal Property<br><br>Breach of Contract, Wrongful Termination (aka forced Resignation), Harassment, Hostile Work Environment<br><br>Excessive Force, Wrongful Accusation, and Misrepresentation.<br><br>Entrapment, Breach of Agreement, and Breaking and Entering |
| 11-746240<br>(Civil)<br><br>On remand from Summit County Court of Common Pleas due to local office location of Oracle Corp., case was created in Cuyahoga Court of Common Pleas.<br><br>Removed Defendants Donald and Jennifer McInerney | Jesse F. Swartz, V<br><br>v.<br><br>Oracle Corp.<br><br>AND<br><br>Hughes Sokol, et al, Jane A. and Jess F. Swartz, IV, Jennifer Swartz, Nancy Wilson<br><br>AND<br><br>BroadVision<br><br>AND<br><br>Stone Park Police Department, Illinois, Breen Pugh, et al<br><br>AND<br><br>Jeremy M. Swartz | Cuyahoga County Court of Common Pleas, Cleveland, Ohio<br><br>January 25th, 2011 | Added logic and calculations to support claims for unpaid compensation based upon *business performance* of Plaintiff Jesse F. Swartz, V. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 5:11-CV-0038 (Civil)<br><br>Case created on remand from Cuyahoga Court of Common Pleas of Ohio by way of letter from Plaintiff to Hon. Judge Carr in US District Court, Eastern Division (OH) and via proper remand by Defendants Ariba, Inc. and Oracle Corp. | Jesse F. Swartz, V<br><br>v.<br><br>Oracle Corporation, et al | United States District Court, Northern District of Ohio, Eastern Division (Akron, Ohio).<br><br>January 10th, 2011 | Restated claims from Summit County, Ohio filings. |
| 5:11-CV-0168 (Civil)<br><br>Case created by Order of Hon. Judge Sara Lioi | Jesse F. Swartz, V<br><br>v.<br><br>Oracle Corporation | United States District Court, Northern District of Ohio, Eastern Division (Akron, Ohio).<br><br>January, 2011 | Contains Motions, Answer to Motion to Dismiss and Order and Judgment of Dismissal of Case.<br><br>Was appealed to the Sixth District. |
| 5:11-CV-0221 (Civil)<br><br>Case created by Order of Hon. Judge Sara Lioi | Jesse F. Swartz, V<br><br>v.<br><br>Ariba, Inc (now part of SAP America) | United States District Court, Northern District of Ohio, Eastern Division (Akron, Ohio)<br><br>January, 2011 | Contains Motions, Answer to Motion to Dismiss and Order and Judgment of Dismissal of Case.<br><br>Was appealed to the Sixth District. |
| 11-3463 (Appeal) | Jesse F. Swartz, V and Jennifer McInerney (fka Jennifer M. Swartz)<br><br>v.<br><br>Ariba, Inc. | United States Court of Appeals for the Sixth Circuit, Ohio.<br><br>Last filing: May, 2011 | Argued, via Brief only:<br><br>Statute of Limitations, *Equal Pay for Equal Work Act of 1963* and *Fair Labor Standards Act 29 U.S.C. 206. Amendment 14, Section I (U.S. Const.).* |
| 11-3466 (Appeal) | Jesse F. Swartz, V<br><br>v.<br><br>ORACLE Corporation | United States Court of Appeals for the Sixth Circuit, Ohio.<br><br>Last filing: May, 2011 | Argued, via Brief(s) only:<br><br>Motion to Order Appearance – Included request to "pull-in" members of Univ. of Chicago former and current faculty.<br><br>Due Process, First Amendment (U.S. Const.), and argument in opposition of order based on time-barred claims. |
| CV-2011-03-1255 (Civil) | Jesse F. Swartz, V<br><br>v.<br><br>Copley Fire & Police Dept. and Summa Health System | Summit County Court of Common Pleas, Akron, OH.<br><br>March, 2011 | Breach of Fiduciary Duty, Defamation |
| 2011 40 (Probate) | St. Thomas Hospital<br><br>v. | Summit County, OH Probate Court. | Willful negligence, fraud |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | February, 2011 | |
|---|---|---|---|
| | Jesse F. Swartz, V | | |
| | | Realization, c. September, 2013 | |
| | Petitioner may be able to Petition to The United States Supreme Court | | |
| | Petitioner Drove to California, Relocates and asks for assistance | | |
| 13-4457 EMC (Civil) | Franklin H. Wright v. Stanford University | United States District Court of Northern California. October, 2013 | Libel, Slander, Breach of Contract. Request for help re: Petition for Writ of Certiorari |
| 13-17439 (Appeal) | Franklin H. Wright v. Stanford University | United States Court of Appeals for the Ninth Circuit December, 2013 | . |
| CGC-13-536085 (Unlimited Civil) | Franklin H. Wright v. Marriott International, Inc, et al. | Superior Court of San Francisco, CA December, 2013 | Libel, Slander, Breach of Contract (Fiduciary Duty), Assault & Battery, Duress, Harassment, others. |
| CNC-13-549875 | Jesse F. Swartz Jr. (Name Change) | Superior Court of San Francisco, CA December, 2013 | Attempting to officially begin a new life – being tortured by the Court. They must know gorgeous women; maybe I should these women and the Clerks who have found them – and the Judges. Intentional infliction of lustful feelings? What should the punishment be? |
| Application for Extension of Time – Request made to the United States Supreme Court on December 12th, 2013 | Jesse F. Swartz, V (Jr.) V. Oracle Corporation, et al | Supreme Court of the United States, Clerk of the Court December, 2013 | The Clerk never read the application and denied request incorrectly. Possibly being caused by groups who are "overly protected" – and want the law to stay that way. Plaintiff's victory would change the law to cover Caucasian men. U.S.C.A. 29 § 206 (d) (1), Prohibition of sex discrimination should be altered to simply be a "pay-for-performance" clause. Once it is altered, it will cover everyone; all *people*. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IX.   INDEX – FIDUCIARY BREACHES, PROBABALE CAUSE FOR F.B.I. INVESTIGATION

| Person(s) | Date(s) | Fiduciary Responsibility | Topic Discussion |
|---|---|---|---|
| Marty Melvin | c. 2002 | To inform HR and employee of concerns re: Plaintiff's alcohol consumption. | Instead of assisting Plaintiff, manager may have used information to oppress Plaintiff's career by casting doubt on his leadership abilities.<br><br>Ironically, Plaintiff seems to recall Mr. Melvin had been in a drunken driving accident that was severe and extreme. He once forced Plaintiff to do a shot of tequila at an offsite; he then laughed.<br><br>Marty also makes no excuses when it comes to being a double amputee. He has refused to let that circumstance deny him family and a career.<br><br>Caused by: jealousy of Plaintiff's skills and abilities. |
| Marty Melvin | c. 2002 | Inform organization of changes re: new management. | Instead of informing Plaintiff of the new org changes, manager used information obtained from Michael T. McCormick (via Kirk Wolfe) to alarm senior consulting management in order to oppress Plaintiff's career.<br><br>Marty, along with other former managers, were given an opportunity to confront Kevin Costello. Plaintiff was never informed of this meeting.<br><br>Compelling Event: A phone call Plaintiff recalls from Marty Melvin where he inquired about "starting 'our' own company" – Plaintiff believes he was vetting illegally acquired information on behalf of Kevin Costello re: "Plaintiff's company," JFS Consulting, Inc..<br><br>Plaintiff also recalls a handshake between an Ariba (and former SAP) executive and Marty Melvin at an offsite meeting. The comment was "How are they treating you?" The message was, "Marty, I am protecting you. You are protected and can do whatever you want."<br><br>Marty's actions toward Plaintiff were caused by: Fear due to lack of skill when compared to Plaintiff re: selling ability, loss of Power & Control, Greed. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Bonnie Kanne | c. 2001-2003 | Locate talent within organization based on exhibited skills; enhance for benefit of company stakeholders. | Instead, chose to inject pain and fear into previous management to remove confidence.<br><br>Before Plaintiff left, he requested an Ariba-sponsored MBA program where Plaintiff would return to work for the company after advanced education. Bonnie denied the request stating "we're too small for that." (paraphrased)<br><br>Plaintiff wanted an MBA because it seemed to be a requirement for advancement. All new consulting management had the degree.<br><br>Bonnie also made a presentation at a consulting offsite that psychologically connected a new hire, Mark Schmitz, with a successful and impactful sale and important project that Plaintiff was leading (measured by work effort). To Plaintiff's knowledge, Mark was not involved in the project.<br><br>Mark was hired by Jon Stevens and was therefore politically connected. Mark is now a Vice President at SAP AG. |
| Jon Stevens | c. 2001-2003 | As Consulting Strategy leader (Sr. Director), locate talent within organization based on exhibited skills; enhance for benefit of company stakeholders as measured via consulting IP, revenue growth, customer acquisition and retention, and profit.<br><br>Do not abuse Power. (intimidation, harassment) | Conspired with others from Arthur Anderson (former) to utilize political Power to intimidate.<br><br>Maintained power and control over Plaintiff and the consulting organization.<br><br>Specific incidents included making fun of Plaintiff's weight in a limousine; comparing Plaintiff to a person several levels "below" him in tenure/skill on a conference call among other managers and directors; telling Plaintiff to "get him coffee" in front of Consulting Leadership at an offsite meeting; and attempting to recruit Plaintiff into the organization at a consultant level in order to exploit Plaintiff's knowledge of product, market, and customers for the benefit of himself and the new management's team. |
| Mike Arenth | c. 2002-2003 | Do not abuse Power. | Intimidated Plaintiff in front of a colleague.<br><br>Comment was "You aren't one of us, but |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | | | Prasad is." (paraphrased). The message was delivered sternly and harshly and meant to remove confidence. Basically, Plaintiff wasn't smart enough for the new management; or so they claimed.<br><br>Mr. Arenth called Plaintiff on one occasion – probably by way of information gathered from a Consultant on his project named Melissa. The call's message was "We know you aren't doing your job; You have no control." Although equal in terms of title at the time, Plaintiff contends Mr. Arenth maintained political strength and utilized it to intimidate and harass Plaintiff.<br><br>Caused by: Obsession for power and control. |
| Kirk Wolfe | c. 2001-2003 | Former Manager and colleague at Ariba, Inc., friend of Marty Melvin. | Utilized information obtained from Plaintiff's former accountant and attorney (Michael T. McCormick) in order to elevate fear within Ariba, Inc. that Plaintiff would leave, take IP and people, and begin a company. Conspired through Marty Melvin. Former Ariba manager Rick Onyshko might have also been involved.<br><br>In reality, Plaintiff only attempted beginning a company (in full-time effort as opposed to S-Corp creation date or "passive" and personal time efforts) after employment with BroadVision ended. Provable via tax returns and testimony.<br><br>In addition, Plaintiff wrote a letter of recommendation to Stanford on behalf of Kirk Wolfe, a Stanford MBA graduate.<br><br>Causation: jealousy of Plaintiff's skills and abilities. Plaintiff was a better sales person than his former manager Kirk Wolfe. |
| Michael T. McCormick | c. 2001-2003 | Confidentiality | Kirk Wolfe was also a client of Michael T. McCormick's.<br><br>Kirk Wolfe and Marty Melvin were pre-IPO Ariba employees worth millions of dollars.<br><br>Plaintiff was post-IPO employee. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | | | Therefore Michael McCormick had a financial motive to help Kirk. |
| Kevin Costello | c. 2002-2003 | Do not abuse Power. | Made a belittling comment to Plaintiff upon arriving to Gateway Computer in Poway, California for a presentation re: Plaintiff "running around putting PowerPoints together." Mr. Costello was with the CEO of Ariba, Inc. at that time. Mr. Costello called Plaintiff upon Plaintiff's resignation – while Plaintiff was at an airport - and offered a salary of $100,000 which was an approx. 8% raise (Plaintiff has contended his efforts were, at that time, worth about $200,000, if based purely on PERFORMANCE). Caused by: Fear, Ego. |
| Chris Happ and Ryan Nelson | c. 2003 | | Not Breach of Fiduciary claim, but Plaintiff believes one or both drove by and egged Plaintiff's Toyota SUV while Plaintiff was at Kirk Wolfe's Christmas Party. Plaintiff noticed the "egged" car when he drove to dinner in Chicago, IL. Supports a claim for conspiracy and links it to Kirk Wolfe, Rick Onyshko – even Jon Stevens and current "leadership" at SAP AG's Ariba, Inc. division. |
| Dr. Pehong Chen | c. 2003 | Manage the business to the benefit of stakeholders, abide by the law. | During the pre-hire interview with BroadVision, Dr. Chen quizzed Plaintiff as to "what was happening" at Ariba, Inc. Plaintiff did not give him information during interview as he was still an employee. Dr Chen's response "We aren't competitors." Via e-mail, Dr. Chen "removed" Plaintiff from his position as Director, BroadVision Global Services indirectly via omission. Plaintiff does not know why, hence his request to the F.B.I. for investigation. Supports supposition that Dr. Chen was in communication with Plaintiff's former company, Ariba, Inc., in order to "trap" Plaintiff into an IP breach claim. The issue could go all the way back to PwC – |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | maybe a Partner was angry that Plaintiff left "too early." He doesn't know for certain, hence the request – now made as a demand. |
|---|---|---|---|
| Neil Pisane | c. 2003-2004 | Impartial treatment; performance-based management. | Maintained a potentially active side business called NJP Enterprises. Supposition is that he and colleague Sim Tiang were in business together regarding real estate. |
| | | | Supposition supported by conversations Plaintiff overheard and the fact that Plaintiff was "pushed out of" a large sales pursuit at the very end as detailed in Plaintiff's Bankruptcy filings and lawsuits. A deal as presented would have meant @ $250,000 worth of compensation to Plaintiff. |
| | | | Caused by: Obsessive desire for money, abuse of Power, Ego. |
| | | | Litmus test attached as Exhibits 11-20. Plaintiff suggests an audit technique is utilized by the Court where the probability of claims' truthfulness is exhibited via the attached (much like testing portions of financial statements to ascertain methodology utilized is sound). |
| | | | All other "IP" has been deleted or thrown away. |
| Police Officers, Washington D.C. | c. 2003-2004 | To protect and serve (protect the law, seek the truth, etc…) | Plaintiff was arrested after a dispute with a limo driver where the limo driver told Plaintiff he could leave the limo without paying. |
| | | | Limo driver trapped Plaintiff by calling police and lying to them. |
| | | | Police entered hotel room and arrested Plaintiff. |
| | | | Police were incorrect. |
| Jim Harrington | c. 2003-2004 | Executive, Human Resources | Plaintiff believes that Mr. Harrington told BroadVision's IT department to "lock" Plaintiff's e-mail capabilities on Plaintiff's laptop in order to frighten him. |
| | | | Plaintiff fixed the issue on his laptop, created a screenshot of the issue and then |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | | | created an internal BVSN tech support case that "not-so subtly" informed management that he was aware of their harassment. |
| | | | Plaintiff continued to work for BroadVision. |
| Dr. Peggy Wingo | c. 2001-2004 | Therapist and Marital Counselor | Never discussed sex as part of counseling despite holding a PhD. |
| | | | The first time Plaintiff recorded the issue? Seven years later via case number 13-4457 EMC. Plaintiff never even considered the therapist wasn't good at her job. |
| Attorney of record re: arrest in Washington, D.C. | c. 2003-2004 | Attorney's oath. | Attorney instructed Plaintiff to "blame himself" and stay quiet during proceeding, then congratulated Plaintiff when he did just that. |
| | | | In actuality, Plaintiff did NOTHING *illegal* re: the arrest. |
| | | | Damage?  A tainted criminal record begins to form. |
| | | | Plaintiff was, however, drinking and at a Gentleman's Club on personal time.  The limo was called for safety reasons. |
| | | | Plaintiff was married at the time. |
| Jeff Whitehead | 2009-2010 | Duty to fight for rights of client (i.e. – insist Trustee investigate allegations, help Plaintiff link anecdotes to actual statute and case law in applicable State(s)) | Exhibit 5 details complaints against Bankruptcy attorney; sent to Bar Association. |
| Stone Park Police Dept. | January, 2007 | Responsibility to offer medical attention. | Plaintiff requested to see a doctor during incarceration, but waffled due to the feeling of guilt (which was exacerbated by what *might be* a wrongful accusation of felony charges). |
| | | | Plaintiff went to a hospital in Chicago directly after the event occurred to create record of injury. |
| | | | Doctor told Plaintiff "nothing was wrong." |
| | | | Hospital records would support Plaintiff's injury claims (i.e. – Officer testimony re: |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | Plaintiff head butting him with back of his head yet no injury to Plaintiff's head (back). Only to front of head.) |
|---|---|---|---|
| | | | The lack of any records would indicate conspiracy. corruption; if and only if Plaintiff is telling the truth. |
| Breen, Pugh & Associates | 2008 | Duty to fight for rights of client (i.e. – the officer *may have* illegally assaulted Plaintiff; the sentence did not adequately address Plaintiff's drinking habit – that had become a serious threat to Plaintiff's health; life) | It is possible that Plaintiff's attorney "used him" in order to negotiate for the rights of other clients; perhaps even extorted money. These are possible occurrences only; Plaintiff finds it hard to believe an attorney would risk a career. Other explanations exist, but Plaintiff, considering circumstances, must allege worst case. |
| | | | On one occasion, Todd Pugh told Plaintiff that a tape existed of the fight on Jan. 2nd, 2007; on another, there was no tape. |
| | | | At the very least, Todd Pugh had an obligation to fight the Judge for a solution to the problem at hand – considering Plaintiff's previous claims, there was a lot that preceded the fight in Stone Park, IL. Along with recollection re: Stone Park's Auburn fan, Plaintiff has also – recently – recalled the possibility that a few men were harassing Plaintiff's team member. Plaintiff does not know for sure, hence the need for investigation. |
| | | | Thomas Breen did, however, state "Now might be a good time." The statement was in re: Plaintiff's drinking habit and the need to stop. |
| | | | Plaintiff went through "cessation training" while being represented by Mr. Breen and his firm. |
| Southwest General Hospital Berea, Ohio | April, 2008 | Listen to patients as opposed to those who suffer from psychiatric conditions that contributed to Plaintiff's ails or an employer who had a motive to harm Plaintiff's career. (Plaintiff's Father, Mother, Brother, former wife) | Harassment. Sexual Harassment (by a male employee) Occurred while Plaintiff was incarcerated in Hospital against his will. As one example of Harassment, the Hospital played *Help* by the Beatles and asked patients to dance. Difficult to prove, but it seemed as if they |

*Wright v. United States of America*, Case #

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | were belittling Plaintiff and other patients. |
|---|---|---|---|
| Consulting Management Personnel and Support Staff at Oracle Corporation | 2007-2008 | VP, Central Region and Administrative Assistant; Western Region's Consulting Management based in Redwood City, California have a responsibility to act in the best interest of stakeholders (employees, clients, shareholders) | An administrative support person once told Plaintiff "You don't need to be there" regarding a sales meeting he was invited to in Chicago, IL.<br><br>The comment suggests the woman was "assuming the Power" of her boss, a V.P. of Consulting at the time of comment. The legal issue is harassment or intentional infliction of emotional distress.   They were purposely trying to either push Plaintiff out of the organization by making life miserable for him.  Suggests multiple parties were involved.<br><br>The project in California was another incident whereby the Director visited, kept Plaintiff from a sales planning meeting, and later blamed Plaintiff.<br><br>Business issue was that an opportunity was missed by Oracle's Consulting staff. It was missed precisely because Plaintiff was not in the proper job, had no political Power, and was being "held down" by rival employees who were acting illegally and in concert with one another; because of the functional demotion that occurred. Plaintiff's skills – the ones he maintains – aren't being mapped to a position.  Client was RHI in Pleasanton, CA.<br><br>There is more here – Nancy King's presence on a project and her relationship with a Sr. Director.  Fred Muise's desire for promotion.  A host of others that need to be documented and submitted.  It's all linked to a racketeering claim. |
| Wilson, Sonsini, Goodrich, and Rosati, P.C. | 2008 | A request for help *may require* Mr. Alvarez to at least meet with Plaintiff.<br><br>Once vetted, Cal. Business and Professions Code 6068 (h) (Ex. 6) would apply assuming Mr. Alvarez is a member of the California Bar Association. | Plaintiff faxed Mr. Alvarez a letter requesting representation regarding claims against BroadVision.<br><br>The letter also admitted what Plaintiff, at time of letter, believed to be his own wrongdoings.<br><br>The letter may have been incorrect re: Plaintiff's own admissions (i.e. - guilt, influence of religion, the 5th step). |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | | | The letter is similar to a Memo written to the University of Chicago that was later used against Plaintiff as an intimidation tactic. |
| University of Chicago | 2008 | Responsibility of Dean's Office; Professors | Plaintiff believes a woman in his class lied to the Professor and told him Plaintiff was cheating. Supposition was based on a comment by Plaintiff's Econ. Professor and how he was being treated by a group at the time.<br><br>In actuality, we were encouraged to work in groups. Plaintiff was never directly confronted and may be incorrect.<br><br>Plaintiff's transcript was also altered incorrectly – he sued to remedy. Plaintiff's record is now tainted (why did he leave school?). He has not had adequate representation – representation that fights to a decision – where the Judge or Jury actually pay attention and decide.<br><br>In even more actuality – look what Plaintiff was carrying with him at the time. He needed to be directing 3rd years at U of C's Law School to try this ridiculous case; a case that destroyed his life. May have destroyed his former wife's life.<br><br>Plaintiff never considered his thoughts of suicide were actually attributable to this story. Not until December, 2013. |
| U.S. Attorney's Office, Cleveland, Ohio | April, 2011 | Responsibility to investigate | Never contacted Plaintiff after Exhibit 4 was sent to them in April, 2011. |
| E. Magill, Stanford University | September, 2013 | As per Section 6068, Business and Professions Code | Decided not to assist Plaintiff. |
| U.S. Attorney, San Francisco | December, 2013 | As per Section 6068, Business and Professions Code | As stated herein. |
| Federal Bureau of Investigations, San Francisco | December, 2013 | If attorney, as per Section 6068, Business and Professions Code.<br><br>If not, as per U.S.C.A as referenced. | As stated herein. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## X.    INDEX – SUGGESTIONS FOR THE OFFICE OF THE PRESIDENT

"Why aren't you talking more about your last claim?" the professor asked.

"Because I think you *want* me to sue you."

"Are you sure?"

"No, but I highly doubt you would risk your career over me."

"What do you mean?"

"Well, you might use this whole circumstance to teach me, as professors do."

"But you told me my book was a pile of 'bubbling shit' – you called me a pompous ass. You have said you're angry with me."

"I was."

"Why?"

"Because you made a mockery of the first time I took my vote seriously. You made every Republican in Congress laugh at you – out loud. You campaigned on how you'd bring the sides together and have divided them by and through your actions. Because I'm scared to death that you really don't get it – you don't understand that the economy, our educational system, our laws; they are the solution. And if they don't work, you have the Power to change them. Law-abiding and somewhat tempered competition is the best form of economic and personal growth we've found - yet. Equality of laws is important."

"And you think some of my policies have hurt that system?"

"Yes."

"And you're worried about debt and what Fitch's and Standard and Poor's[13] have said?"

"Yes."

"So what's the issue? Am I a financial terrorist?"

1    "No. I don't think the offices around you would ever allow that."

2    "How do you know?"

3    "Redundancy."

4    "What does that mean?"

5
6    "It means there are so many People around you that need to believe in what we're doing that

7    you are not permitted to ruin it; although you do have the Power to make mistakes."

8    "Do you and I have any similarities; have we made similar errors?"

9    "Yes."

10    "What mistakes did you make?"

11
12    "I made a statement about the solution to homelessness without being in the problem, without

13    seeing all the core issues. I thought we could offset the need for beds with hotel occupancy - all we

14    needed was approval and partners. We could solve the problem quickly."

15    "Why was that wrong?"

16    "I was misinformed."

17
18    "What are the issues?"

19    "Good lord – I don't even know where to begin."

20    "Try," the professor coaxed.

21    "Well, let me see:

22        Lack of quality education,

23        language barriers,

24
25        social perception,

26        public fear,

27        diet and exercise,

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

legal issues,

misunderstanding of socially acceptable behavior (clients and management),

current and former alcohol addiction,

current and former drug use,

fear and anger (bitter about the system, their situation),

hygiene problems,

elderly care issues,

undiagnosed medical problems,

racism, cultural misunderstanding, and social differences,

poor management and leadership within current solutions,

current crime within the system supporting the homeless population,

current crime being committed by clients,

breach of fiduciary responsibilities (law enforcement included),

religious contention,

lack of companionship (friends, sexual partners),

mixing homosexual and heterosexual population (taunting),

medical issues and lack of quality care,

lack of security to prevent fights and subsequent injury,

people not doing their jobs,

and an overall abuse of systematic assistance...to name a few."

"Do you think Mrs. Sebelius has a difficult job?"

"Uh, yes."

"How difficult?"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"When it all goes wrong, this is how it feels."

"What else?"

"When you are surrounded by negativity, you might believe the system is to blame."

"What are the issues relative to me?"

"I'm concerned you don't know what the success of the economy looks and feels like."

"But I'm the President." he stated.

"Irony aside, I'm not sure you ever had a job that built or sold a product or service; I don't know if you ever felt what I felt and was part of. And that step – that's what we're about. That's what *earned* means."

"But I help poor people – it's what Democrats do."

"No."

"What do you mean 'no'?"

"Poor people help poor people."

"What do you mean?"

"If we can, we help ourselves – we learn what we bring to the table and we contribute."

"To what end?"

"To the economy; an economy that everyone gets to enjoy."

"What does that do?"

"It helps me obtain a sense of self-accomplishment; build confidence; stand tall."

"What about maximin criterion?" the Professor asked, searching for a sign he didn't read.

"Rawls[14]?"

"Yes, Rawls."

"He's wrong."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"Why?"

"If I understand the theorem correctly, it does not calculate the benefit of accomplishment –

the innate satisfaction we feel when we achieve some goal. A *GREAT* sticker on a coloring paper, an

"8" on a writing exam, a Professor taking time out of their day to write a meaningful note about a

student, a parent creating a scrapbook, a wife making a Happy Birthday sign, a raise and money from

a boss."

"Recognition?"

"Yes, recognition."

"You're talking about types of achievement?"

"Yes."

"Do you feel like that's been taken from you?"

"How about I break your fucking jaw?"

"I'll take that as an emphatic 'yes.'"

"So what's this all about?   Where did I lead you?"

"On a journey."

"Are you still bored?"

"Not really; but I'm tired, a bit lonely."

"Still think everything's okay?"

"No."

"Are you motivated?"

"Yes."

"Is environment important?"

"Yes."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"Why don't you hold these ideas and run yourself – you could be Powerful – like me."

"Maybe. But I came here to have my life judged. Once that's completed – in the Courts and to my satisfaction - then I can focus on the future. But while I'm in the library, I can spend time on meaningful issues – like changing the Equal Pay for Equal Work Act of 1963. That is MY issue. The cultural issue rooted in racism of our past – that issue is not mine to alter – those issues map to your background; you really do represent change. Because your voice can and does move people; you moved me."

"When did I move you?"

"When you campaigned; when you were elected; when I was feeling down, lonely, and miserable in the solarium."

"What's a solarium?"

"A peaceful place at my parents' home. Where I would go in the morning to find a sense of personal time; to write and listen to music. It's where I would find clarity."

"And you heard me speak?"

"Yes."

"And it moved you?"

"Thinking about it brings tears to my eyes."

"Why?"

"Because maybe that's what it was like – maybe racism was really that bad, maybe that's what listening to Malcolm X and Martin Luther King felt like. That's what they meant to People. It was that bad; in some corners still is that bad."

"Are you concerned about my success?"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"Yes. You represent leadership – while in the Office – you and only a few others understand what it means. You maintain Power and that Power should drop you to your knees. And if you don't do well, we might never allow another 'minority' or woman in the office. And I hate even talking about it – we shouldn't even talk about it anymore; this race and gender crap."

"But it's just a game."

"This is not a game. Checkers is a game. The Federal government, the law, it defines how we live."

"So you want me to work seriously? Take this seriously?"

"Yes."

"Is that why you want me to alter the document?"

"I want you to at least consider it."

"Don't you think I would have seen this before?"

"Sometimes it's difficult to see when you're trapped in a maze of issues, when you are distracted by a hundred different issues."

"So you want me to choose a few – make those my focus for the remainder of my term?"

"Yes."

"Only a few?"

"Yes."

"But I need to be involved in everything."

"A bit difficult simultaneously and harmoniously balancing the needs and wants of 313 million people[15], let alone a global population of 7.131 billion."

"It does get a bit overwhelming."

"Back to this whole – change the Constitution thing," the President asks.

*Wright v. United States of America*, Case #                                    Page **37** of **46**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"Yes?"

"Are you concerned that we, as a country, might regress?"

"Yes."

"Racially, culturally, socially?"

"We've already regressed – that's what makes me angry about 1963's law.  The law – as worded - doesn't address root cause.  We are different, will be different.  But we maintain a diverse enough economy to support all differences – all needs."

"Is that why you think it's important that we change it now, if I agree with you?"

"Yes."

"Because you believe that this important document just heightens differences and reminds People how it once was – the one document that is supposed to guide and protect; part of it actually infuses the country with some sort of misguided hatred; instigates; incites anger.  That maybe people abuse or misunderstand it; that they do it purposely; that some obtain Power just for the sake of listening to themselves or holding office to fuel ego?"

"Yes!"

"What if I'm one of them?"

"You better not be."

"Why?"

"Because that means I was fooled – all my research, all the articles, all the time I spent – the only time in my life I ever took my right seriously - I failed.  And there is no fucking way that happens."

"Are you sure?"

"Pretty fucking sure."

---

[15] http://www.census.gov/popclock/

*Wright v. United States of America*, Case #

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  "You should stop saying 'fuck'."

2  "It's my right."

3  "Why yes, yes it is."

4  "Any other reason you want me to change it?"

5

6  "Yes." the student responded.

7  "The Magna Carta?" the professor said.

8  "Yes."

9  "What about it?"

10  "The sixth clause." the student said.

11

12  "What did it say?"

13  "If the translation is correct, then it said '*Heirs may be given in marriage, but not to someone*

14  *of lower social standing.*'"

15  "Why does that upset you?"

16  "Because I define lower standing. And to some, maybe I was, maybe we were 'white trash.'"

17

18  "That clause speaks to you personally?"

19  "Yes. It tells the world I should have never been allowed to marry my former wife. At the

20  time, the law would not permit it."

21  "Is that similar to what you are asking me to consider?"

22  "Yes, but the gender and race issues aren't my core competency. I'm not a black man. I'm

23

24  not a woman."

25  "Am I a black man?"

26

27

28

*Wright v. United States of America*, Case #                                   Page **39** of **46**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"If I understand it correctly, you are of European and African descent. Your heritage, your cultural background, is comprised of a few continents; countries within those continents, People within those countries."

"And yours?"

"I'm actually not certain, but my family tells me it's 97% German, 3% Czechoslovakian."

"Does that give you skill?"

"Not really."

"And you think skill and performance should be the root of U.S.C.A. § 206 (d) (1)?"

"Yes!"

"What's happening around you now?"

"Sometimes subtle, sometimes overt persecution; some driven by racism."

"The law is blocking you?"

"Yes."

"For how long?"

"A long time."

"Is it real?"

"Am I in a god damn homeless shelter?"

"Let's talk about that a bit."

"Okay."

"What did you learn from bed #103?"

"Several lessons."

"Like?"

"A mistake could hurt someone."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    "What do you mean?"

2    "The person you want to influence into better behavior might hurt their own 'loved ones' in

3    order to send a message to an adversary; be careful not to alert them unintentionally, mind your

4    emotions, be cautious of people using you."

5    "And that is applicable to?"

6

7    "Leaders who harm for the sole purpose of feeling Powerful."

8    "What are those leaders' names?"

9    "I don't know.  But domestically, the F.B.I. would work to uncover their intentions and send

10   that information to U.S. Attorneys for prosecution, if the case is strong enough."

11

12   "And foreign?"

13   "The State Department and the C.I.A. would work – along with global companies – to

14   uncover key social, political, and economic issues – the most serious human rights issues needing

15   attention.  They then pull in required areas of expertise for vetting the information and appropriate

16   action is taken – economic sanctions, military action, etc…"

17

18   "So what would you do?"

19   "Regarding bed #103, get him out and take his dog."

20   "But why do *WE* have to be the ones that do it?  Why don't we let others?"

21   "Great question."

22   "What's the answer?"

23

24   "I honestly don't know."

25    "What about little kids – their opportunities?"

26   "Reminds me of a film."

27   "John Wayne?" the professor said with a grin.

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"Yep," the student responded.

"But there's no promise of wealth here; no promise of glorious achievement in the U.S. – all we have is a statistically improbable chance."

"It's better than no chance. Besides, I fought for it and ended up in a fairly strong economic position – without my own issues relating to alcoholism and crime around me – we would have been okay."

"What holds it all together?"

"The law, people, common sense."

"You actually believe that crap?"

"I'm trying very hard to believe."

"Why?"

"There's nowhere else to go, it's all I have left."

"How long did it take you to get here and talk about things that have happened to you?"

"I've been writing and asking for help since 2008."

"And what's the lesson?"

"That's how difficult it may be for children – how difficult it may be for some who are abused."

"Were you abused?"

"Not the word I'd choose."

"What would you choose?" the professor goaded.

"Well, if I were a psychologist, I would say that the paddling I was given as a child should not be done; that having a child create his or her own punishment tool supplants too much fear, especially considering the size and strength of my Father versus me at that time."