Thursday, October 28, 2010
4:05 PM

May 19 05 12:09p    NJP Enterprises LLC                    732 229-5528       p.1
    05/19/05  09:26 FAX 773 975 5031        KINKO'S 3636                      @001
       May 18 05 12:19p    Office of Technology         (651) 282-2230        p.1

## Fax Transmittal

**To:** Jesse Suartz
Broad View
**Fax:**
**Date:**

**From:** James Kroll
Office of Technology
**Re:** Statement of Work
**# of Pages** 2

___ Urgent    ___ For Review    ___ Please Comment    ___ Please Reply

Neil,

Can you please sign
and fax back to me @
630.578.0917?
Thank!,

**Office of Technology**
Department of Administration
658 Cedar Street, Room 450
St. Paul, Minnesota 55155
651-215-3878
fax 651-215-3877
www.ot.state.mn.us

Ex. 15



## BroadVision

## CLIENT APPROVAL OF SOW

The terms and conditions included in this engagement are valid for ten (10) working days from the date of this Statement of Work.

To confirm this agreement and begin the work described in this Statement of Work, State of Minnesota authorizes the above services and rates by signing this agreement, providing the necessary bill-to information, and returning the documents to Jesse Swartz on or before 05/23/2005 by fax 620.578.0917 or e-mail to jesse.swartz@broadvision.com.

I authorize BroadVision to deliver consulting services and to invoice State of Minnesota for the services described in this Statement of Work. I have the authority to authorize these services and payment. I acknowledge and agree that BroadVision's performance hereunder is dependent upon State of Minnesota performing its obligations under this SOW; State of Minnesota failure to fulfill such obligations may result in a delay in performance hereunder and BroadVision shall not be responsible for such delay or any associated cost increase or other consequences of such failure.

| | |
|---|---|
| Client (Company) | State of Minnesota |
| Authorized by (Name) | James Kauth |
| Title: | NorthStar Director |
| Date: | 5/18/05 |
| Authorized Signature: | |

## BROADVISION APPROVAL OF STATEMENT OF WORK

| | |
|---|---|
| BVGS Department #: | 3636 |
| Account Manager: | Jesse Swartz |
| Account Manager Signature | |
| Date: | 5/19/05 |
| Vice President Name: | Neil Pisani |
| Vice President Signature: | |
| Date: | 5/19/2005 |

cc: Vice President, BroadVision Global Services, BroadVision Services Controller



Ex. 15

Thursday, October 28, 2010
3:05 PM

May 19 05 12:09p      NJP Enterprises LLC                          732 229-5528          p.1
    05/19/05  09:26 FAX 773 975 5031          KINKO'S 3636                              ⌀001
        May 18 05 12:19p      Office of Technology        (651) 282-2238        P.1



**Fax Transmittal**

To: Jesse Suartz              From: James Kanth
    Broad Vision                  Office of Technology
Fax:                          Re: Statement of Work
Date:                         # of Pages

___ Urgent     ___ For Review     ___ Please Comment     ___ Please Reply

Neil,

Can you please sign
and fax back to me @
630. 578. 0917 ?
Thanks!

**Office of Technology**
Department of Administration
686 Cedar Street, Room 460
St. Paul, Minnesota 55155
651-215-3878
fax 651-215-3877
www.ot.state.mn.us

Ex 15

 

## CLIENT APPROVAL OF SOW

The terms and conditions included in this engagement are valid for ten (10) working days from the date of this Statement of Work.

To confirm this agreement and begin the work described in this Statement of Work, State of Minnesota authorizes the above services and rates by signing this agreement, providing the necessary bill-to information, and returning the documents to Jesse Swartz on or before 05/23/2005 by fax 630.578.0917 or e-mail to jesse.swartz@broadvision.com.

I authorize BroadVision to deliver consulting services and to invoice State of Minnesota for the services described in this Statement of Work. I have the authority to authorize these services and payment. I acknowledge and agree that BroadVision's performance hereunder is dependent upon State of Minnesota performing its obligations under this SOW; State of Minnesota failure to fulfill such obligations may result in a delay in performance hereunder and BroadVision shall not be responsible for such delay or any associated cost increase or other consequences of such failure.

| | |
|---|---|
| Client (Company) | State of Minnesota |
| Authorized by (Name) | James Kauth |
| Title: | NorthStar Director |
| Date: | 5 18 05 |
| Authorized Signature: | |

## BROADVISION APPROVAL OF STATEMENT OF WORK

| | |
|---|---|
| BVGS Department #: | 3036 |
| Account Manager: | Jesse Swartz |
| Account Manager Signature | |
| Date: | 5/19/05 |
| Vice President Name: | Neil Pisani |
| Vice President Signature: | |
| Date: | 5/19/2005 |

cc: Vice President  BroadVision Global Services, BroadVision Services Controller ** * ** : :::::::



Ex. 15

# Original

# CSC Blanket Purchase Order

**CSC Computer Sciences, US**

BROADVISION INC
585 BROADWAY ST
REDWOOD CITY  CA  94063-3122

Materials Management Organization
P.O. Box 1729
Sterling, Virginia  20166

| | |
|---|---|
| **PO-Number:** | **1459013520** |
| Date: | 02/14/2005 |
| Time: | 15:27:43 |
| Page: | 1/2 |
| Validity Start Date : | 12/23/2004 |
| Validity End  Date : | 01/29/2006 |

**CSC-tracking number:**       ESRS100623PR
**Terms of delivery:**       Free on board DEST. / ON-SITE SERVICE
**Terms of payment:**       Within 30 days Due net
**"SOFTWARE MAINTENANCE SUPPORT SERVICE FOR SEARS DESIGNATED LICENSES"**
REFERENCE:
** CSC - BROADVISION MASTER AGREEMENT
** ATTACHMENT-A TO GENERAL TERMS AND CONDITIONS OF MASTER AGREEMENT
** SOFTWARE LICENSES TRANSFER LETTER DATED 02/08/05 W/ATTACHMENT-1
** SECOND ADDENDUM TO SOFTWARE LICENSE AND SERVICES AGREEMENT
** EXHIBIT A-3 TO SECOND ADDENDUM WITH ATTACHMENT-1
** EXHIBIT B-3 TO SECOND ADDENDUM

THIS PURCHASE ORDER IS HEREBY ISSUED TO PROVIDE "NOT-TO-EXCEED" FUNDING
IN THE DOLLAR AMOUNTS LISTED HEREIN FOR SOFTWARE MAINTENANCE SUPPORT
SERVICE AS DESCRIBED PER PURCHASE ORDER LINE ITEM.
THE TERMS AND CONDITIONS OF THIS PURCHASE ORDER SHALL BE IN ACCORDANCE
WITH THE ABOVE REFERENCED DOCUMENTS, INCORPORATED AS PART OF
THE TERMS AND CONDITIONS OF THIS ORDER HEREIN.

*** ORDER PERIOD OF PERFORMANCE ***
START DATE:  DECEMBER 23, 2004
END DATE:    JANUARY 29, 2006

---

**Invoice to:**
CSC Service Center
PO Box 1728
Sterling VA  20167

**Procurement Correspondence:**
Stanley Holleman
Tel: 703-736-3601
Fax no: 703-736-5011

Ex. 16

PO-Number: 1459013520                    Date: 02/14/2005                         Page: 2/2

** SITE LOCATIONS **
COMPUTER SCIENCES CORPORATION
CLIENT: SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL. 60179

CSC TECHNICAL CONTACT:
JUSTIN WEGLEIN @ TEL# 312-225-8367 CELL# 860-908-2946 jweglein@csc.com

BROADVISION CONTACT: JESSE SWARTZ @ 847-330-6335

| Item | Quantity/ Unit | Product/ Description | Overall Limit | Remaining Balance |
|------|------|------|------|------|
| 001 | 1 each | 400133883 BROADVISION SOFTWARE STANDARD SUPPORT Tax Code :AP Sales Tax, Tax Exempt SOFTWARE MAINTENANCE FOR DEPLOYMENT CENTER SERVICE LICENSES STANDARD SUPPORT FOR SEVEN MONTHS (12/23/2004 THRU 07/22/2005) | 266382.00 | 266382.00 |
| 002 | 1 each | 400133882 BROADVISION SOFTWARE 24x7 SUPPORT Tax Code :AP Sales Tax, Tax Exempt SOFTWARE MAINTENANCE FOR DEPLOYMENT CENTER SERVICE LICENSES 24 x 7 SUPPORT FOR SIX MONTHS (7/23/2005 THRU 01/22/2006) | 317120.00 | 317120.00 |
| 003 | 1 each | 400134402 BROADVISION SOFTWARE STANDARD SUPPORT Tax Code :AP Sales Tax, Tax Exempt SOFTWARE MAINTENANCE FOR DEPLOYMENT CENTER SERVICE LICENSES STANDARD SUPPORT FOR SEVEN MONTHS (1/30/2005 THRU 01/29/2006) | 16250.00 | 16250.00 |
| | | **Order total in USD (excluding VAT):** | | **599752.00** |

Note: Please clearly indicate the Purchase Order and Item number on advice notes and invoices. Failure to do so will delay payment.

"This Purchase Order is limited to the terms and conditions on CSC's Standard Terms and Conditions attached hereto. Any additional or different terms in the seller's form are hereby deemed to be material alterations and notice of objection to them and rejection of them is hereby given."

*Stanley Holleman*

**Authorized Signature**

Ex. 16

2.25.05
Notes from Dave McCurley resource call.

Msg - need him full time to make milestone
* we are 140 hrs ahead of budget
* Margin - pls, I would focus elsewhere - like air force, gwinette cc

2 days per week per Neil
"whatever the revenue impacts are, they are…":
Rich Jackson - is avail 20 hrs/wk, but is helping Sim scale
2/25/05 - 5.35 PM CST
I confirmed twice with Neil "are you okay with not getting this rev."
I also confimed with kerwick

3.1.05 – Sears mtg at 10 AM CST. During the mtg, expense budget was a question posed by Michelle – I said to use 20% for budgetary purposes, Neil said "No." During another point in the mtg, Tom G asked if some of these initiatives could be pulled forward and executed in parallel. I said yes, Neil said No that the schedule given was aggressive. The point here is – we gave different answers and, in my opinion, Neil's answers negatively affected the sale.

3.2.05 – Called DongFeng at 6 AM EST to let him know I had a personal emergency and would not be able to make the DOD mtg. Told him to run it. At 7 PM when I returned to hotel after Jeremy's incident, Neil had setup a con call for 5 PM CST, I was not on e-mail and he didn't set it up until 10 AM CST that same day.

3.3.05 – Called Neil from BWI at approx 4.40 PM EST. He was in car with Alex. Told him that we could "catch up" on numbers tomorrow – he said he needed to be in Atlanta for an emergency Gwinette mtg but that he would call me. He said there was a resource issue on the call yesterday that needed to be discussed that pertained to me but he didn't recall. He said it wasn't a big deal. I told him #s were the same as last week, save DOD's $130K which we had a 50/50 chance of hitting based on McCurley's new schedule. Based on what I knew, I told him he should push it to next quarter. Neil said he'd call me tomorrow. I made the call from my 255.6274 cell phone.

3.15.05

Had a call with Neil scheduled for 7 AM EST. Called him at 7.03, 7.11 AM, and then again at 7.30 AM. Called him at 8.30 AM EST from the DOD office. Also e-mailed him. No response. Told him we'd talk around 11.30 AM EST.

3.22.05
Sent another e-mail to Neil about the Sears eMarketing issue – no response for the last week.

3.23.05

$E_x. \ 17$

1

On our forecast call, Sim said, "our developers are at $35 and 42/hr for Circuit City –
Neil cut him off and seemed perturbed.

### 3.25.05
On the DOD status call, Rich informed me that Neil sent him a very directive e-mail
telling Rich to focus on CC in order to give Sim bandwidth. In essence "Free up Sim so
Sim can sell software."

### 3.25.05
Sent Neil an e-mail at 10 AM CST asking to discuss Rich's schedule and my need for
bandwidth. No response as of 10.30 AM Monday, 3.28.05.

### 3.28.05
Left msg for Neil at 9.30 AM CST, asked to discuss RM, Sears, and DOD.
Neil sent e-mail at 11.32 AM CST saying he would call me after 3 PM EST. As of 11.40
PM EST, he did not call. I sent him an e-mail at 10.41 EST asking for time tomorrow.

### 4.7.05
Acct Management meeting – Sim asking for rate for Irina. Neil approved $180/hr as
Business Architect.

### 4.8.05
BC Gov current Burntsand contract is at 18% margin.

### 4.18.05
Asked for help for the Sears RFP last week. As of 5.23 PM CST today, no response for
Neil. Left him msg this AM and sent him 5 e-mails about the RFP.

### 4.19.05
Met with Neil, Gabe, Andy S., Willie, Andy K., Rich. During the meeting, Neil made it a
point to bring up the Actuate "regret signoff" issue. Andy, at the end of the meeting,
indicated that it was important for BV to list out criteria we think would constitute
signoff of the rest of the milestones, as the definitions are subjective. Neil said we would
get back to him.

### 4.25.05
During the Sears demo, Neil mentioned to the Kmart guys that Infogain was the offshore
partner that we use, in addition to BVGS personnel. On the way to dropping McCurley
off at his car after the demo, I asked Neil if he agreed with the strategy to drop the site
license for Commerce – Neil agreed.

### 4.26.05
Neil called me while I was at Tryst for lunch in Adams Morgan. He said that I did
$433K for last quarter and would be paid around $5K. He asked if expenses were
included in the DOD calc – I told him I didn't know, that Georgina Hook did some

Ex. 17

2

calculation. Neil then called right back saying I'd get $2400 on the NCR training on top of the $5K.

4.27.05

I forwarded Neil the extension to May 4th or 5th. Neil saw it and was amazed the decision was this fast. Neil called me, was anxious, and asked "Did you know this was going to get extended?" I replied "Yes." He asked "Did you tell me the timeframe was this quick?" I replied "Yes." Neil said it must have slipped his mind. He said we needed to get to the decision makers. I told him that we should call Jeff Roesch as I had asked him to several weeks ago. He said he didn't recall, so I sent him the e-mail request I had sent him on April 22nd at 11.58 AM CST. He called and e-mailed Jeff, he was on vacation until the 9th.

He then called Pehong to try and coordinate a call with the CIO, Karen Austin. He then asked me to coordinate this call. Somehow, AK thought that Pehong was going to visit Karen. AK then called Chris S saying that Pehong would be going to meet with Karen in person. In the end, the communication seemed to break down and Michelle and Chris were frustrated with who was coming in to meet with whom. Michelle called me and asked me to coordinate the meetings so everyone was on the same page. So, I coordinated between AK, Neil Karen's admin and Pehong's admin the plan of action, timetable, and proposed conversation times and left Michelle a detailed message with said game plan.

5.2.05

Neil, Dave M and Srini didn't show for the Sears Content Mgt call I setup for 8 AM CST. I touched base with everyone, and setup a call for Noon CST. No one showed for that, so I setup another call for 1 PM CST. We ended up having the call with Srini, Neil and I at 1 PM CST. I explained that Chris needed a picture, Neil disagreed. I then described the document type I wanted – a professional deliverable, Neil said that bullet-pointed e-mail was enough. All the suggestions I made were ignored, Neil asked me to "write what he said". So, he spoke, I typed. From 1-4 PM I tried to reach McCurley, he was nowhere to be found. I called Neil, he said that we had time to put it together.

At about 2.30 PM CST, I called Neil and asked him why AK was meeting with Chris S solo. Neil said "To be blunt, this guy Shimojima has a thing for you." I asked him to give me detail, he said: "Well, it must have to do with him e-mailing Pehong when we didn't pony up resources for the scoping session. It doesn't matter now, but Chris sent some e-mail to AK about meeting with the CIO, and the need to have AK or Neil do it, not Jesse." He went on to say "We'll fix this in the future, not now. Let's just focus on making him happy."

Dave M did not call me until 4 PM CST. I asked him to put together a diagram of the future state. I then sent a note to Chris S and Michelle P. noting the document might not arrive until later tonight.

5.3.05

$Ex.$ 17

3

Neil called me while I was at the Marriott Suites with AK. He asked me if 6.30 PM CST was okay for a call – he told me we weren't going to discuss numbers, but would just cover resources. On the mtg maker, I noticed it said "Be prepared to discuss numbers real time".

### 5.6.05
Neil on resource call – I told him to get me Spence and Tina, he said I needed to focus on the contract. This when Circuit City has $75K in WAR.

### 5.6.05
Neil and I discussed Customer feedback – apparently AK and Alex are "hearing things". When I asked him what things, he said he couldn't remember, but "Chris S. had a thing for me." As does Zerby in Ohio and this DOD thing. He said "I can't get any more of these calls." I asked him if this was a warning – he said "No, but it's something we should watch."

### 5.9.05
On the call with Sears, Neil told Michelle and Tina that we'd come in and show them all the resource and pricing details that back our numbers. Afterwards, Neil called me and I told him that I would never have offered that -- he said: "Listen, they know our rates and I want to show them the work we've done."

### 5.13.05
Neil called me on my work cell at 9.42 AM to tell me that Alex was okay with the State of MN SOW. His only advice was - watch the expenses. We discussed Molex, he said "Nothing you can do, focus on the accounts who have too much invested in us for it to be an issue – like Sears."

### 5.17.05
Spoke to Neil regarding time off request – he approved (for the 26th and 27th). He said, "I didn't get the e-mail, but – 'approved'. He was on the other line with Sim at the time.

Spoke to Neil at 6.05 PM EST. He told me the reason for it being cancelled is that we'll most likely be "announcing something" at about that time and they don't want me getting blindsided.

### 6.9.05
Sent Neil an e-mail at 2.40 PM CST suggesting we don't do the Mettler gig – asked for his input.

4.38 Pm CST called Neil from my home phone. We discussed Mettler. I briefed him on Mettler and their Content issues. We agreed to go ahead with the engagement. Neil asked me to get him involved.

### 6.17.05

4

$Ex. 17$

Neil called me at around Noon. He told me that Chris Shimojima called AK saying "we don't want Jesse on the account. He's pissing off everyone – now it's procurement." I told Neil that his comment made no sense. In fact, I told him I thought it was made-up because I had just gotten off the phone with Tina from Procurement and she was surprised in how quickly we reacted – I told her that AK, Neil and I would be present.

We spoke again, just before the 1 PM call with Pehong, Neil told me to "play it cool" as he didn't want any more ammunition given to those who are asking for it. I told him that I thought something else was happening, because none of what he said was rooted in fact, it was hearsay. Neil told me not to call anyone, that he would handle it. I also asked him to be present at the meeting with AK and Chris, he said no. I then told him that my only "relationship issues" is when I'm not involved in meetings and when AK does it solo.

2.30 PM CST   Left Neil a msg letting him know that Michelle needed hosting providers – she and I spoke earlier in the day. I told her USi was one, and that I'd have more on Monday. I asked Neil to call me so he took the action item as I wasn't involved.

3.16 PM CST. Neil and I spoke. Neil said he and I would do the negotiation at 1 PM, but he would go solo with Chris S. I told Neil that I would prefer to be part of that discussion to better understand root cause, but would trust his decision.  AK will not be part of the sales discussion.

6.20.05
Picked up Neil, on the way to Sears, he told me that he would handle software, I would handle services in the discussion.

Noon – Neil went to speak with Chris Shimojima regarding me.

1 – 3 PM CST Had the negotiation mtg with Sears – Michelle, Tina, Jeff R., and Ken Palm.

3.30 PM CST On the drive to the restaurant near Ohare (Hops), Neil told me I needed to be careful. Chris S sited no specific incident, but he did say that the "general consensus" was to remove Jesse from the account. Neil asked if it was unreparable, Chris said no. So, Neil will be the POC for the procurement process and I will continue to be the AM on the account and will be paid on license, but services will most likely go to another AM. I asked him twice to verify this with Alex this week, as I would be VERY disappointed if I didn't get to see this through. He understood. We discussed DOD, Owens, and Sears. He said all of this would not be as big if all 3 didn't occur at once.  He said DOD really hurt me.

We also discussed "legacy issues" and how I should address Alex. He said if I messed up with Alex, it was out of Neil's hands and I would be gone. He said not to be defensive, to focus on the future and revenue growth, profit for the company. A plan was discussed after DOD (putting me on one). Alex wanted to put me on one, Neil said no because Neil

5

$\mathcal{E}x.17$

was the one who asked me to do what I did with Gabe. I told Neil that I would take all his feedback and internalize it and look to change – Neil even said that there was marked improvement since January and he thought I was hitting my stride.

10 PM CST At TGIF. I asked Neil several times to make sure he discusses Sears with Alex. Specifically I asked him to verify that I would continue to own the account through the initial license sale. I also asked him to be blunt with Alex, if he wants me gone, we'll work something out and off I go. But if I get Sears taken from me at the very end of this thing, or don't get paid if we win, I won't be happy at all. Neil said, "If they do that, I'd just quit if I were you." I told him that would be too easy, I'd be pissed off and quitting would let them off the hook. He understood and agreed.

Also, he mentioned something like "They aren't going to let Deal sit in Dayton, maybe they give him some of these Ohio guys." I asked "Am I losing Ohio to Deal?" He answered, "No, no I was just using that as an example."

During the conversation, he also said that decision makers may be changing and that I should not "rock the boat".

I asked him if I should reschedule the Ohio users group – talked about how canceling that affects my customers. He said he understood, but we need to wait until the cash situation is cured.

6.21.05
Sent Neil a note asking to be part of all the software discussions moving forward internally. Also, I asked him if he spoke with Alex yet, he said probably not until early next week. I made it clear that I really wanted to know if I was going to get paid on this software deal.

6.22.05
12 Noon. Spoke to Neil; he wanted the 4 contacts from the meeting. I asked him why I wouldn't send the thank-you note. His comment was something like "Per the meeting with Chris Shimojima, I will play the role of the software point of contact from this point forward."

6.23.05
10.50 PM CST Called Neil, he had just landed. He said: "You don't answer your cell phone." I told him I got his message 30 mins after he called when he was in the air – he went straight into VM. I told him the doc was in his inbox. He said he would review modify and send it out by Noon tomorrow.

6.30.05
Neil said to meet in the lobby at 8 AM, start promptly at 9 AM. I was in lobby at 8 AM, no one was there. Was first in the HQ facility at Penn Plaza at @ 8.55 AM. At 9.31 AM EST, still no one there.

6

Ex. 17

At the end of the day, Alex called Neil. It sounded as if Alex was asking questions about Sears. Neil said something like "Yeah, he's been involved, but only on a couple of conference calls." Alex must have responded, to which Neil said, "Yeah, I would say that's the case right now." Neil then stepped out of the conference room to speak with Alex some more.

Later, I asked Neil to step out into the reception area and I asked about my situation. He said that he hadn't heard anything else about it, but I should keep all my interaction limited to Neil. He advised me to not bring in Alex or AK unless absolutely necessary – treat Neil as the Exec to bring in at all times, for the most part. He told me that AK was in Alex and Pehong's ear and was not a fan of mine. He also said to watch out for Kerwick – as all these guys were trigger-happy.

I asked again if he had spoken to Alex about me and Sears and I referenced the few comments I overheard from his conversation with Alex in the conference room. He said "No, no, that was about the engineers leaving and the layoffs."

I then asked him about the commission. I asked "Neil, I am concerned about not getting paid. Have you spoken to Alex? He said no but said that he would make SURE I would get paid. He would go crazy if I didn't." I asked him to check with Alex, he said he would after Alex returns from Japan.

7.1.05
Called Neil at 8.45 AM, told him I'd be late – arrive at offices at 9.30 AM. He said to hurry. At 9.30 AM, I arrived to Penn Plaza. Sim and Dave McCurley were checking into the security desk – we weren't on the list. Neil was at the store across the street buying a shirt. I still had my pass from the previous day, I went up and had the admin on the 36th floor double check the list – she said they had just checked in – like at 10.02 AM EST. Neil showed up around 10.30-10.45 AM – I asked him to open offices so I could print out the spreadsheets from rfp – it took @ 15-20 mins.

During the day, I was treated as a secretary as opposed to the guy driving the deal. Neil had me do nothing more than scribe. In fact, he spoke to me in an extremely condescending way. Another example – at the end of the day, Neil asked me to pack up the projector.

Only at the very end of the day, around 7.30 PM, did Neil say – this doc is great, you're doing a good job with this stuff.

7.5.05
Neil was supposed to call me around 1 PM, he did not. Neil was supposed to join a 3 PM con call to review Core Browse, he did not. I left a msg for him at 4 PM CST.

Spoke to Neil at 5 PM – he had not reviewed the docs yet.

7.12.05

Ex. 17

7

Call with Tom G and Sanjana at 11 AM CST. At the end, Tom mentioned he didn't see assisted ordering in the CSR functionality doc. It was on page 20. Sanjana also said no one contacted her about Incentives questions. Yuk e-mailed her on Friday the 8th giving Sanjana his contact info. She never called or e-mailed him. I sent Neil an e-mail letting him know.

7.15.05

Neil called me at Noon. He told me not to e-mail Michelle about the meeting to discuss services. He told me he would do it. Also, we discussed NCR. He was fine with putting the $9K credit in the SOW, but wanted it shown as a discount.

7.17.05

11 AM CST. Discussion re: SHC contract. Alex asked me to get together with Chris S on Monday, I said fine. Neil interrupted and said he would need to be the one with Chris at lunch.

At the end of the call – Alex informed me re: Bravo and Vector Capital.

I called Neil, told him I could do lunch with Chris S. Neil explained that his agreement with Chris S was that Neil would work with him directly and not me and that he didn't want Alex to know about the issues.

Alex called me after Neil and I talked, told me to take the SEC issue seriously – don't talk about this stuff with anyone.

7.19.05

Met with Alex and Neil at the Hilton at around 10 AM. Reviewed MSSA – briefed Alex.

11 AM at SHC, met with Tina, Tim Hickey, and Michelle. We discussed the 2 high level issues - Acceptance and "de-coupling".

At 1 PM, discussed the Timeline and Scope, as well as staffing for the project. Ended at 4 PM.

Dinner with Alex and Neil. During the dinner – a few times it seemed as if I was being trapped. Example – Alex asked, "Jesse, do you call on your installed accounts?" I explained that of course I do, it's my job. Discussed that I service some of the non-paying Ohio customers such as Cardinal and Invacare as I don't think $'s there. I spend a lot of time with Mettler, b/c they're generating $, NCR, talked about State of MN – took me 1 year to sell $100K. Basically – still very difficult getting $.



8

At some point, we discussed the Sears meeting – Alex made a comment like "You should be tired Neil, you did all the work." I continue to get the impression that I am being "pushed out."

Per the above, when Alex left I asked Neil if he would be taking any part of my commission. He said absolutely not, that even if they tried, he wouldn't take it.

Discussed BRAVO. I asked him if it was an issue that I sold on July 7th – he said no, that was before I was made aware of the "going private" initiative. He told me to "keep the e-mail."

7.21.05

Met with Neil, Alex and Sandy in Schaumburg offices. Storm supposed to come through per 91.5, never saw the rain. Had a salad for lunch – Alex and I joked about the weight.

At the end of the day, when Alex went to the elevator, Neil said he talked to him about Molex and that Alex approved a 50/50 split.

All in all, a good mtg – walked through SHC contract for 3 hrs, discussed strategy, etc… Still, Neil was dismissive, treating me like a secretary.

7.25.05

7.26.05

7.27.05

7.28.05

7.29.05
Neil and I worked on the SOW all morning.

At about 2.40 PM CST he called me and said - okay it looks like this thing is going to get done. First of all, there is no issue with the software commission – I can guarantee you that. You will get credit and get paid for the software. However, I want to put Sim over the services. I then asked him if he asked Alex – he said yes. Then he said "kind of." He again stated that there's no issue – it went away. I told him that it was important that Alex agreed - he again reassured me that it wasn't an issue. I let the issue pass.

He then explained his proposed solution for services. Basically, he wanted Sim to perform oversight of the project. He said we'd share the AM responsibility. He told me I'd do the financials of the project, but Sim would be the face.

His explanation was "the political situation at Sears." So, the discussion turned to the situation. I asked him if he thought I was at fault for that situation. He said no, not

9

Ex. 17

entirely. I told him "Well then why did you say in Manhattan, "you created this situation, not me."" He explained that I took that out of context. In the same sentence, he explained that he said he did not fault me for the inability for the company to react.

At some point, I said "Well, if you don't blame me for that situation, but you want me to play this 'abnormal role', then you are asking me to do you a favor." He reacted harshly, he said: "Let's be very, very clear about this – I am doing you the favor, not the other way around. I kept you involved, but not in the typical AM way. The reason for that is the political situation that you created. You don't have a choice here – if you want to be a pure rep, call Alex, and ask to report to AK, that is your only other option." He also went on to say "let's be very. Very clear about this – my charge is to put up \$2.8 MM in revenue, any way I see fit, and this is how I see fit."

We discussed the role a bit more; I understood his concern about his charge – that oversight was part of the AM role. However, I did reinforce my opinion that was he was asking me to do was not in my job description – it was more like a PM role (he did not like this at all "Don't even piss me off right now.")

At some point Neil said, "Listen, you're a nice guy, I like you personally, but sometimes I don't understand your motives." I responded something to the effect of: "Listen Neil, don't be condescending by calling me a 'nice guy" - you know what you're doing.'"

He also described himself and his role at Sears as "sheparding me."

We ended the call with reviewing the SOW. He asked me to make sure the SOW said time and materials, I pointed him to the section where it already did. He said "Oh, I must have missed that, I was too busy being condescending."

I left Alex a message around 4.30 PM CST. He was still in RWC. Neil told me that Jaymie and Alex were in a meeting until 7 PM CST discussing this situation.

7.30.05
Sent Alex a follow-up e-mail to my message at @ 2 PM CST.

8.1.05
Exchanged e-mails with Neil. Left Jaymie a msg on her cell around 8.30 AM CST. Left her a msg on her work line at 11 AM CST. Also sent her an e-mail around 8.30 AM CST.

Left AK a message per Neil's suggestion at 11.30 AM CST.

Spoke with AK around 11.42 AM CST. He said there was nothing imminent in his org. He gave me some advice "If you're not happy in your role, then I suggest you find something else." I explained that I was happy with my role, but I seem to be asked to play a different one by Neil for some reason.

10



I told him I would talk to Jaymie with an understanding that a role does not exist in his org as of today. He agreed that course of action was best. He also said he was on vacation until Wednesday.

He also confirmed that Ohio was going to Kevin Deal, and some of my accounts were going to Jeff Bach. This confirmed what Neil had led me to believe while we were in Manhattan.

11.54 AM CST – left Jaymie a message. She has a new outgoing message that says she is out today. This was not there when I first called today – it said she was gone on Friday only. Her message indicates I should call Lisa – 542 3082.

Spoke with Lisa Lyssand at 11.59 AM CST. I asked her what her role is – she said HR, Special Projects. I asked her if she was aware I might be calling. She said yes. I asked her if she was briefed, she said not fully. I asked her if she had the e-mails, she said yes, but she hasn't gotten to them yet.

I told her to let Jaymie know that my head is sound; I'm not disgruntled, etc... Let's work something out, and do it quickly. I also let Lisa know that I am working on SHC with Neil, am doing what he needs me to, but stringing this out any longer probably doesn't make sense for him.

2.30 PM CST – before SHC folks joined I asked Neil if he wanted me to take Jaymie's call or stay with SHC. His response was "At this point, I really don't care."

Left Jaymie a message on her work line at 3.47 PM CST saying I was available via cell or home.

Left Jaymie a message on her cell line at 4.24 PM CST saying I was available via cell or home.

5.00 PM CST. Jaymie called me. I asked her if anyone else was on the line – she said no. I asked if I were on speaker, she said no. She explained she was home and on her husband's cell.

She told me she was briefed on the situation, she read all the e-mails and that she understood the problem. She told me that she had spoken to Neil and Alex, but not to AK. She said "Well, I'm in a tough spot logistically as I don't work on Mondays." We began the discussion. I asked her to explain what she understood: She told me she heard that I wanted to be an AE. I explained that was not the case at all.

She said she was confused as per the e-mails. I told her it was to important to understand the course of events – I explained how Neil instructed me that my only option was to do as he says or call AK and report to him. So, that's what I did.

$Ex. 17$

11

She attempted to uncover "another, deeper" reason. She kept saying "there's something else you're not telling me." I explained no – I was happy with BV and with the job I thought I had. She asked "Then why am I speaking with you?" I replied that, in effect, my job has changed. Beginning Friday, shit hit the fan. So, why is everyone trying to say it hasn't?

I asked her "C'mon Jaymie, do you really think that bringing Sim in, a peer of mine to help deliver while I deliver, is my job staying the same?" She agreed that if this was true, my job had indeed changed. So, I suggested she ask Neil if this were the case, call me back, and after that let's focus on solutions – options for me within BV. She agreed.

I told her then that my focus was not on impressing an individual, but on doing the right thing for the company. I also told her to explain to Alex that I want to be cooperative.

I told her my goal was to be cooperative and, it would be great if Alex and Neil just said – hey man, we need you to do some other stuff – I know it's a change, but will you help? I said, that's what happening but no one's saying it - Neil's trying to tell me the role hasn't changed, when it clearly has. She tried to ask me what I'd do if that were the case. I explained, well, I guess I'd sit down with my wife, explain that I would still have a job but would be beaten up a bit, and see what she says.

We talked a bit more and ended around 5.30 PM CST with clear directions as to next steps. They were:


Jaymie,

Thanks for the time. Per our discussion, here are the next steps:

1. You will speak with Neil over the next several hours
2. The fundamental issue is, I think my job changed on Friday. So, one way to help see if this is the case is to ask Neil:

a) did Neil suggest Sim be brought into the SHC account in parallel to my presence
b) is it the plan to significantly reduce the accounts I am currently responsible for?

As you and I agreed, if the answer to a) and b) is "yes", well, then it looks like my job has changed (understandably, considering our company's needs).

If it's no, I think we've got other issues, but I don't think we'll have to deal with that.

So, assuming it's yes, we can focus on my options with the goal of closing this before Wednesday's kickoff.

12

 Ex.17

Finally, I will be available until 10.30 PM CST. If we don't speak this evening, we will speak from 9 - 9.30 AM CST tomorrow AM.

Thank you again,

Jesse

8.1.05

Jaymie called at 9.42 PM CST. She apologized for the earlier call being contentious – I explained that I didn't see it as contentious at all. She was also surprised I was still up. She said: "Are you a night owl?" I explained that when you execute as well as I have, you are a night and a morning owl.

So, I asked her what she found out from Neil. She explained that Neil and my take on our conversation was "extremely different." She said that she believed, and she spoke for the company, that the job has not changed, it's what everyone else has. Yes, Sim will be involved but no, the accounts you have now, you will continue to own. I explained to her that I disagreed.

Jaymie then said how Neil did admit that I asked him how I would sell to my installed base and he said it would be difficult, but others are doing it. I explained to Jaymie that this was not true – others are not being asked to do what I am being asked to do. Ie – this situation is not = to Sim at CC, Darin at Gwinette, or Chris at Air Force.

Jaymie said "Well, there's an Open Item then." I asked her to clarify what that open item was. She explained that the open item is – Neil and Jesse disagree on what the job is. So, I asked her how we resolve and she told me that Alex would be the guy to resolve this. I asked her to call him. Her reply was: "I'm not bothering Alex on his vacation."

Jaymie, let's not debate on how we got here, but focus on solutions. So, what are my options?

She talked around the subject a bit, but eventually said:
1. I can stay in the AM role and do what Neil has asked me to do (she understood I didn't agree that the job I signed up for was what Neil asked me to do)
2. She said "Take yourself out of the role." I asked her to say what that means – she replied "Resign."

She then became upset – she said "what are you doing Jesse – you're smarter than this. Don't do this to yourself or your career. I told her I didn't understand – she said "you know what I'm talking about, you're smarter than how you're acting, then how you're behaving." I calmly explained that I think it would be wise to move off the subject and get back to what the options were. So, I said "I have two options in front of me – either I do what Neil says or resign, is that correct?"

13

Ex. 17

She hesitated and said, "Well, you have vacation planned right? I said yes. She said –
well, why don't you take your vacation, come back, and talk to Alex."

I explained that Alex and I should probably talk now then, as we have the Sears thing
hanging over our heads. She became upset.

She said, you know what then – fine, I don't know what you want. I'll send you an e-
mail in the morning with your two options. You aren't being cooperative Jesse, you
won't talk to Neil, you aren't talking to me. I told her I was more than open to a phone
call with Neil tomorrow AM, but the subject should be on solutions that BV is proposing.

She became more frustrated and said "you know, there will be no phone call in the
morning, you have my final decision. Your two options are do what Neil says or resign –
period." We ended the call at about 9.52 PM CST.

Afterwards, I sent the following summary e-mail to Alex, AK, and Neil:



| From: | Swartz, Jesse | | |
| To: | DuBois, Jaymie | | |
| Cc: | Kormushoff, Alex; Kuruganti, Ashok; Pisane, Neil | | |
| **Subject:** | Follow-up | | |
| **Sent:** | 8/1/2005 8:19 PM | **Importance:** | Normal |

Jaymie,

Thanks for calling me back. Per your suggestion, please send me the two options that you have
put forth on behalf of BV. Please make sure you speak for the company when you send me this
e-mail.

As you have explained, my options are:
1. Do what Neil says
2. Resign

I will expect to receive your e-mail by 9 AM CST tomorrow, per our discussion. If anything
changes (i.e. - you change your mind on what my options are), please have all options on the
table, clearly defined, by 9 AM CST. Please anticipate questions I may have to new options with
the goal of closure by Wednesday morning - we have all agreed we need to resolve this by COB



14

Tuesday - if you disagree, please speak up.

If Neil, you and I want to get on the phone, I will listen to your suggested solutions from 9 - 9.30 AM CST per our discussion. I expect you to come with all solutions that the company is willing to offer/suggest/etc. I have offered several, and they have all been rejected or ignored, so the solution creation job is now up to you.

I understand Alex is on vacation, but if he is the final say, he needs to make himself personally available, just as I have. If he is not the final say, please have those that are available all day tomorrow.

Let's focus on what's best for BV. I look forward to a mutually beneficial agreement as your best rep is asking for some support here to keep the momentum of sales growth moving.

Thank you again Jaymie.

Regards,

- Jesse

8.2.05

9.10 AM CST Left Jaymie a message at work asking her to call me if things have changed, or send me the e-mail.

9.12 AM CST Left Jaymie a message on her cell asking her to call me if things have changed, or send me the e-mail.



| From: | Swartz, Jesse | | |
|-------|---------------|---|---|
| To: | DuBois, Jaymie | | |
| Cc: | | | |
| Subject: | Messages | | |
| Sent: | 8/2/2005 7:51 AM | | Importance: Normal |

15



Jaymie,

9 to 9.30 AM CST has come and gone - I left you 2 messages. I am working on the Sears doc for Neil right now. I would appreciate a follow-up - either the e-mail you indicated you'd send, or please tell me what my other options are, as I don't have a job today.

You did well scaring/threatening me last night.

- Jesse

8.2.05

| | |
|---|---|
| **From:** | Swartz, Jesse |
| **To:** | DuBois, Jaymie |
| **Cc:** | |
| **Subject:** | RE: Messages |
| **Sent:** | 8/2/2005 9:42 AM |

**Importance:** Normal

Ex. 17

16

I am not in alignment with your e-mail below.

Please call me before 6 PM CST - with or without Neil, I am okay with either.

Cell - 650.520.9092
Home - 773.665.0856

-----Original Message-----
From: DuBois, Jaymie
To: Swartz, Jesse
Sent: 8/2/2005 9:00 AM
Subject: RE: Messages

My take away from our final conversation last night was
I would confirm our conversation via email by 9:30 PST, because you
weren't interested in talking
I also confirmed (and you acknowledged) that you do, in fact, have a
job; its the same today as it was on Friday
I also conveyed to you that none of your accounts were being re-assigned
to Kevin or Jeff and, in fact, they weren't being assigned to anyone
else either;

With the above in mind, you do have a job so I'm perplexed by your note
below.

Finally, I proposed that we have a 3-way with Neil to review and clarify
what Sim's role is in Sears and what it isn't because you're still the
AM on the account, but with a modification for Sears due to the
contentious nature of the relationship between you and Sears. You
conveyed to me that you were not interested in that conversation as you
were looking for "solutions" and "options". This is where I committed
to provide you with those via email in the morning.

I'm very sorry that it seems we had a miscommunication last night...and
I'm not sure just where I succeeded in scaring/threatening you (?).
That's alarming.

17

 Ex. 17

I am not planning a call @ 9 PST, but I will get back to you in a bit
with the company's proposed solution for this matter, regretfully, not
by 9 as I had a meeting @ 8 and another one at 9 regarding our
Recapitalization efforts.  I am available to talk, along with Neil once
you've had a chance to review my email.

Sounds like you are heads down on one of the most important projects
facing our company right now and this is good.

More later,
Jaymie


-----Original Message-----
From: Swartz, Jesse
Sent: Tuesday, August 02, 2005 7:52 AM
To: DuBois, Jaymie
Subject: Messages


Jaymie,

9 to 9.30 AM CST has come and gone - I left you 2 messages.  I am
working on the Sears doc for Neil right now.  I would appreciate a
follow-up - either the e-mail you indicated you'd send, or please tell
me what my other options are, as I don't have a job today.

You did well scaring/threatening me last night.

- Jesse

E-mailed Chris Nicholson at 3.30 PM CST.

On Tuesday, 3.31 PM CST – sent an e-mail to Neil telling him that I would not be at the
SHC meeting.

18



At 4.21 PM CST, I e-mailed Lisa Lyssand with instructions to send me stuff for terminated employees. She replied, "Oh, I didn't know you resigned, please send me your resignation letter."

Jaymie sent me a note saying – to move on I would need to clarify what it was I was doing.

5.09 PM CST – Apologized to Jaymie for her thinking I was hostile, explained it was not my intent.

6.23 PM CST – sent Neil an e-mail suggesting I wrap up things – suggested next steps.

6.32 PM CST – Requested 2 mos severance.

At no time did Jaymie or anyone else from BV contact me via phone on 8.2.2005.

8.3.2005
Resigned via e-mail as per my instructions to Jaymie. Resigned at 8.05 AM CST. Jaymie called me at 9.13 AM CST to say that she just picked up my messages, heard my request for severance. She said no, two weeks was okay. I said I had already resigned. She told me Eileen Yoshida would be contacting me for next steps.

8.7.05

Sent all items to Eileen Yoshida as she indicated. Also FedEx'd the last ER to AP.

19


Ex. 17

**FY05 KEY ACCOUNT ASSIGNMENTS**
**Jesse Swartz**

CARDINAL HEALTH
GRAINGER
HELZBERG DIAMONDS
INVACARE
METTLER-TOLEDO
MOLEX
NCR CORPORATION
OWENS CORNING
RAND MCNALLY & COMPANY
SEARS, ROEBUCK AND CO
STATE OF MINNESOTA
TELLABS OPERATIONS, INC.
UNITED STATES DEPARTMENT OF DEFENSE

Ex. 18

| Deal Item | Description | Sale Amt | Comp % or Flat $ | Amt Due Employee |
|---|---|---|---|---|
| | | | | 0.02 |
| | | | $ | $ |
| Comp Q2 2005 | Short Payment due to Acctg Error- DOD Services | | | 0.02 |
| Sears License | Software BV Offer #1 - Contract Payment Amt - 2005 | 800,000 | | |
| | Q1 2005 - 175K | | | |
| | 0-50% of Qtr Quota | | 0.015 | |
| | 50-100% of Qtr Quota | | 0.03 | |
| | 100-150% of Qtr Quota | | 0.045 | |
| | 150% plus of Qtr Quota | | 0.06 | |
| | Q2 2005 - 200K | | | |
| | 0-50% of Qtr Quota | | 0.015 | |
| | 50-100% of Qtr Quota | | 0.03 | |
| | 100-150% of Qtr Quota | | 0.045 | |
| | 150% plus of Qtr Quota | | 0.06 | |
| | Q3 2005 - 200K (for July $800K payment) | | | |
| | 0-50% of Qtr Quota | 100,000 | 0.015 | 1500 |
| | 50-100% of Qtr Quota | 100,000 | 0.03 | 3000 |
| | 100-150% of Qtr Quota | 100,000 | 0.045 | 4500 |
| | 150% plus of Qtr Quota | 500,000 | 0.06 | 30000 |
| | Q4 2005 - 225K | | | |
| | 0-50% of Qtr Quota | | 0.015 | |
| | 50-100% of Qtr Quota | | 0.03 | |
| | 100-150% of Qtr Quota | | 0.045 | |
| | 150% plus of Qtr Quota | | | |
| | New Software Uptick | 300,000 | 0.04 | 12000 |
| Sears Maintenance | 3 Year Maint Agreement - July 2005 Contract Amt | 672,000 | 0.05 | 33600 |
| Sears Software | Software BV Offer #1 - Contract Payment Amt - 2006 | 2,000,000 | | |
| | Q1 2006 - 500K | | | |
| | 0-80% of Qtr Quota | | 0.015 | |
| | 80-90% of Qtr Quota | | 0.03 | |
| | 90-100% of Qtr Quota | | 0.045 | |
| | 100% plus of Qtr Quota | | 0.06 | |
| | Q2 2006 - 500K | | | |

Ex. 20

| Description | Amount | Rate | Value |
|---|---|---|---|
| Q3 2006 - 500K (for July 2006 $800K payment) | | | |
| 0-50% of Qtr Quota | 100,000 | 0.015 | 1500 |
| 50-100% of Qtr Quota | 100,000 | 0.03 | 3000 |
| 100-150% of Qtr Quota | 100,000 | 0.045 | 4500 |
| 150% plus of Qtr Quota | 500,000 | 0.06 | 30000 |
| Q4 2006 - 500K | | | |
| 0-50% of Qtr Quota | | 0.015 | |
| 50-100% of Qtr Quota | | 0.03 | |
| 100-150% of Qtr Quota | | 0.045 | |
| 150% plus of Qtr Quota | | | |
| New Software Uptick | 300,000 | 0.04 | 12000 |
| Sears Services - 06  Likely Services Revenue based on last known proposal - 2005 | 3,410,000 | | |
| Q3 2005 - 500K | | | |
| 0-50% of Qtr Quota | 500,000 | 0 | |
| 50-100% of Qtr Quota | 500,000 | 4850 | 4850 |
| 100-150% of Qtr Quota | 250,000 | 7275 | 7275 |
| 150% plus of Qtr Quota | 900,000 | 9700 | 9700 |
| Q4 2005 - 500K | | | |
| 0-50% of Qtr Quota | 500,000 | 0 | |
| 50-100% of Qtr Quota | 500,000 | 4850 | 4850 |
| 100-150% of Qtr Quota | 250,000 | 7275 | 7275 |
| 150% plus of Qtr Quota | 900,000 | 9700 | 9700 |
| Sears Services - 06  Likely Services Revenue based on last known proposal - 2006 | 3,420,000 | | |
| Q1 2005 - 500K | | | |
| 0-80% of Qtr Quota | 500,000 | 0 | |
| 80-90% of Qtr Quota | 500,000 | 4850 | 4850 |
| 90-100% of Qtr Quota | 250,000 | 7275 | 7275 |
| 100% plus of Qtr Quota | 100,000 | 9700 | 9700 |
| Q2 2005 - 500K | | | |
| 0-50% of Qtr Quota | | 0 | |

Ex. 20

| | | | |
|---|---|---|---|
| 50-100% of Qtr Quota | 500,000 | 4850 | 4850 |
| 100-150% of Qtr Quota | 250,000 | 7275 | 7275 |
| 150% plus of Qtr Quota | 100,000 | 9700 | 9700 |
| **Q3 2005 - 500K** | | | |
| 0-50% of Qtr Quota | 500,000 | 0 | |
| 50-100% of Qtr Quota | 500,000 | 4850 | 4850 |
| 100-150% of Qtr Quota | 250,000 | 7275 | 7275 |
| 150% plus of Qtr Quota | 100,000 | 9700 | 9700 |
| **Q4 2005 - 500K** | | | |
| 0-50% of Qtr Quota | 500,000 | 0 | |
| 50-100% of Qtr Quota | 500,000 | 4850 | 4850 |
| 100-150% of Qtr Quota | 250,000 | 7275 | 7275 |
| 150% plus of Qtr Quota | 100,000 | 9700 | 9700 |
| | | ***Total Comp Due*** $ | 296,537.62 |

Unknown amounts of deal, if occurred (assumed scenarios)

Ex. 21



Doug Chevrolet Sales Performance Evaluation: August 2012 - July 2013

*"Non-inet Close Rate - Adj" is an estimated adjustment number for leads taken (guests spoken to) but not recorded within DealerSocket.

Ex. 21

Note the metrics in the attached performance chart.

1) Are these the most important metrics with which to judge a sales consultant's sales performance? Why or Why not?

2) What is the overall ranking of the sales consultants who have been here for 1 year?   Defend your reasoning.

3) Are there any metrics missing?

4) What is the allocation of each metric to their overall performance (in other words, in percentage terms, how important is each "graph" or metric?  Why?

Ex. 22

9/14/2013

Chevrolet Sales Leadership
c/o Don Johnson
300 Renaissance Center
Detroit, MI 48243

Dear Mr. Johnson,

Over the past two years I've worked within the retail arm of Chevrolet's sales force. I'm not sure I belong here – as a matter of fact I'm quite certain I don't. But considering I've spent time within your extended organization, I wanted to share a bit of my experience in hopes it might help your cause.

### A Dealer's Culture

If I understand history correctly, most of your US Automotive Sales rely upon family-owned and operated retail stores. Family has always meant quite a bit to me. I expected to have a family by now, a meaningful and rewarding career, financial stability, and all the things one hopes to achieve. Disappointment has replaced those aspirations, so please understand context if you read this letter.

I have only one viewpoint, of one dealership. But that viewpoint is horrifying.

Although uncertain as to the culture within GM's headquarters, the atmosphere you may find within GM's retail partners is much different – at least this one. A salesperson's flatulence on the showroom floor is condoned. Racism seems to be overlooked, perhaps even rewarded. Of the 19 salespeople at our dealership, only 10 of us have managed to keep employed for the last year. I have 18 months on the job this time around, and have not yet received a performance evaluation. Management withholds information that might be vital to our understanding of the business. Harassment has occurred on several occasions – to me directly on perhaps 20 counts within a few months by a sales manager with over 20 years tenure – a gentleman who might have been a friend.

> "How's your blow-up doll?" he asked, referring to a sexual toy and my lack of sexual activity.

On a few occasions, the Dealer Operator heard this manager's comments and did nothing to stop it. The dealer operator and the owner's daughter recently threatened to fire me when I took a leave of absence to address some health concerns. The owner's daughter was deft –

Ex. 22

she offered me a disability as opposed to the FMLA leave which I had requested – and then slyly showed me termination papers.   Young women – hired in various roles – are allowed to wear yoga pants to the dealership, taunting the warm-blooded heterosexual males that inhabit the desks.   On multiple occasions, I have been asked about my sex life by management personnel.   Nepotism is a pre-requisite for advancement.   Management blames salespeople for "surfing the internet," and proceeds to do the same in their spare time.   Salespeople, save a few, smoke cigarettes on company grounds, perhaps mimicking an actor's displeasure with organized religion, or a specific image in particular.

No one wants to work within a completely stale environment, but just a bit of restraint would be nice – save the antics for personal time.

On a few occasions, I have fallen into bad habits.   I made a joke about an ex-salesperson's sexual preference.   I laughed at inappropriate jokes.   I showed a picture of a woman who seems to enjoy my presence on occasion to a sales colleague that was inappropriate (this act was actually helpful in alleviating an untruth that I was a homosexual or had not been with a woman in years – the latter being accurate).   I made a joke at a sales colleague's expense regarding his weight – a man who is becoming a friend.   Barriers to this behavior that have been built around me are eroding and it is making me quite angry.   The perhaps 10 things I've done pales in comparison to the 100 done against or around me.

### Sir, Please Review

A few days ago I met with the Dealer Operator and implored him to review some of the work I've completed in my past – a financial model, built in excel, that hypothesized the buyout, rehabilitation, and operation of about 30 hotels over a 5 year timeframe.   Some writing excerpts that explained a part of my past and attempted to regain skills once exhibited.   A marketing idea or two.   A few letters to CEOs that discussed brand management.   A presentation.   Lawsuits researched and filed independently.

I challenged him a bit during this meeting – I wanted to see what he truly thought of me.

"Do you respect me?" I asked.

He responded that before I stopped selling for him – that before my raison de FMLA – he did respect me.

I pushed him a bit more, asking him about his education and his aspirations.   Why wouldn't I have an opportunity to achieve those same goals?   I'm educated, I have experience with P&L's,

$$Ex. 22$$

with people management, with alcoholism. The insinuation again enraged him – he rose and shook. I wanted so badly to question his politics and to ask him about the underlying economic principles of those politics.

"If trickle down doesn't work" I wanted to ask, "what might be the problem?"

We already fought divine right – performance won. I wanted to tell him what I thought of all this. But I withdrew and took the leave he was offering.

Although certain I can tough out car sales a bit more at this particular dealership, I don't want to. I don't want to help this family sell more, because I don't like what they're doing and how they're doing it. Perhaps I owe them a bit for getting me out of a homeless shelter and offering me somewhat meaningful work, but then again I've been profitable enough when compared to the environment within which I had to work. And I have skills that could be erased – they can take them from me.

### 10 ½

My anger makes me want to crush these people with all I have left, but I assume there is some reason your organization has partnered with these folks for so long – the family has owned this particular dealership location since the 1970's. But if most dealerships are like this, you really need the cultural issue addressed. I'm just asking you – please have someone fix these problems.

The problems outlined within this letter may not be yours – and trust me, I haven't even scratched the surface as to what needs to be addressed. Your role – your leadership – you and your leaders do control how employees and partners live.

I hope your team is better than this one.

Warmest Regards,


Franklin H. Wright

Ex. 22

9/24/2013

Chevrolet Marketing Leadership
c/o Don Johnson
300 Renaissance Center
Detroit, MI 48243

Dear Mr. Johnson,

Have you ever seen the movie with Whoopi Goldberg? I recall that she was disguised as a nun
and fought hard to bring then-current culture into the Church – she appealed to the masses and
stretched the church's boundaries. She pushes the envelope and does so as she becomes close
to her colleagues. She feels for them; she brings out the best in them.
http://www.youtube.com/watch?v=ghHE_kVWXxM, at 2:25.

I'm not quite sure I get you – perhaps you are forced to play a role and can't move from that
role – if that's the case then please, continue on your stale, boring, timid path. But if you do
have the power to choose, to change, then I'm hoping a week's worth of work might help.

Toyota recently released an advertisement for the Corolla – a smooth introduction that
reminded me of a Beatles intro, a generational theme, great music, bright costumes, dancing.
It appealed to my senses.

You need to rock the boat a bit. Have your ad firm appeal to people's emotions – take them
up, make them feel, excite them, make them cry, break the walls, make them laugh.

Commercials and Industrial Suggestions

*Lighting the World*
Every car explores a part of the Earth, linking the names, syllables, or parts of the car's name to
the part of the world it is exploring within the commercial (Traverse is in Traverse City, MI or T-
ra-verse is writing poetry in China, next to a sundial). Every car either has its headlights on or is
driving toward the sunrise or sunset – or the sun is seen somewhere in the shot. The time of
the ad – each geographic region shown - is proportionate to the relative market share, sales
revenue, or gross margin of each Chevrolet region when compared to the overall corresponding
line item within Chevrolet's financial statement (weighted average).

   A Sonic meanders around a corner on the European Autobahn...the ZL1 flies by on the
   Sonic's left, a crane's boom is lowered.

Ex. 23

Halo by Beyonce, George Harrison's My Sweet Lord (global messaging).

*Human Achievement*
A debate ends. A touchdown. A publication. Men and women cycling up a mountain in unison. A script written and accepted. A car rolls off the line. A birth. A passing. Over the fence. A child, a daughter, holding her parents' hands.

Children returning to meet their parents from school – getting off a school bus. Picnics, family reunions, school graduations, a farmer plowing a field.

*Aristotle*
Only pictures of people/nature – sunrises, sunsets, mountains, sounds of nature, and families of all cultural backgrounds. End of ad pans away from the Earth. Only the Chevy runs deep cross is displayed. No words, no music. No cars displayed.

*Print Ads*
A linebacker faces off on the Malibu in a linebacker stance, a tree's branches over him. A license plate is on the bracket.

A woman is on a stool looking at her watch facing the Cruze, questioning her student (the Cruze). Another person is shaving the car. Another, putting a headphone up to the car's ear, sharing his/her music. One lies on his back, touching the tire. Another pets it. One is smacking its ass.

*Stamping Plants*
Hollaback Girl by Gwen Stefani. Download and listen to it – I found the beat best when I was listening with Bose noise-canceling headphones. Please focus on the background beat. Instrumental beginning – just the background sound of a GM stamping plant to her song's rhythm. Their feet mimic the stamping plant's production. Roll through the stamping plant producing parts at the beat of her song – don't include the lyrics as the meaning might send the wrong message – if that can even be controlled. Cruze flies around the track. Message – "Corolla, I hear you're talking shit."

*The Chevy Cross*
I would consider changing this symbol. Iconic as the brand is, it is too close to a terrible religious image. It's a personal suggestion – I do not want to follow someone like that. Not ever. Your heritage suggests an emblem that may be better suited. To be honest, the

Ex. 23

suggestion is a bold move and I do understand political consequence, but it is worth a serious discussion of what message you may want to send. If the message is the symbol slightly edged equally – addition – then I understand and am on board. New life, a child.

Please create a solid line of content and have it at the ready. This is the fun "war," no loss of life; just a celebration of creativity.

My best to your team,


Franklin H. Wright
frank.wright9@gmail.com


If you like, agree with, or appreciate these ideas, please put money on the following account, Franklin is a broken man:
Mark of Excellence
4076 4944 9467 3227
Exp 8/14


Ex. 23

10/21/2013

General Motors Corporation
c/o Admiral Michael G. Mullen, (ret.)
300 Renaissance
Detroit, MI 48243

Dear Admiral Mullen,

Recently I visited a Marriott location in San Francisco – in part to rest, to write, to listen to music – and in part to help the company. Surprisingly, I was assaulted by 4 or 5 security officers. I was held down and kicked and hit in the head, the ribs, and the face. I did not instigate nor strike any of them, so the experience was shocking. The men were probably my age (I am 40 now); one was close to 320 pounds, the others were smaller, yet determined. The larger one took a picture of me afterwards, as if I were a trophy of sorts. I recall pleading with them to stop as they hit me. Not only was I scared but I submitted quickly; close to whimpering.

In hindsight, I recall an argument that escalated into a fight with my father, Jess F. Swartz, IV a few years ago. We were on concrete; he ended up on the ground and I hit him in the ribs several times as hard as I could. I was in my late 30's and in excellent shape at the time. He was around 65 years old. The context of my anger and frustration is unimportant within this letter; but would be important in Court. What is important – my father did not utter a sound nor shed a tear. The look in his eyes was genuine fear and oddly, confusion. It is possible he does not quite understand. And it is possible he was asked to train me when I was young – for what I am unsure but City Hall here told me a few things. I remember what I have told no one.

My father was and is a very strong and very intelligent man. And when I say strong, I mean NFL-type strong for his age at that time. He attended the Naval Academy when he was about 18 years old, pressured by his father to attend; due in part to financial reality, in part to social pressure, in part to transference, in part perhaps as an honest attempt to serve. He left under odd circumstances and was greeted by his father upon return to Ohio harshly. According to my Dad, his father, my grandfather, Jess F. Swartz, III said "You just ruined the rest of your life."

That statement has scarred him. My father is imperfect but I swear on my life and the life of everyone you protect that I would not trade him for any other father.

Perhaps someone you know can research the past a bit and if you feel the situation so requires, I'd like to ask a favor. Please write him as if you are my grandfather (nickname Papa) and apologize to him for that comment. Tell him about my sister and brother's accomplishments – both graduates of Ohio State; remind him of family, of grandchildren, and of what truly matters. Say you are proud of him.

I have one other favor to ask. He attended Bowling Green State University afterwards, but never received a degree. People have used it against him. You have Power – would you please utilize some of it to research BGSU's records? I would suggest seeing if he maintained enough credit from that institution to

Ex. 24

earn him a degree. According to him, he maintained enough credit hours to obtain 2 degrees; so it seems absurd they didn't give him one. If the rules changed at anytime from the time he entered school to the present whereby his specific credit earns him a degree. I believe he earned it. Not an honorary, a real one that was backdated – framed and triple matted.

If you need barter, please find the attached work product, sent to your Chevrolet Sales Chief some time ago. Hopefully it has value for your team.

Very truly,


Jesse F. Swartz, V

My father's address:

Jess F. Swartz, IV
976 Granger Rd.
Medina, OH 44256

Ex. 24

April 21st, 2011

Don and Marcia McInerney
911 Gloucester Crossing
Lake Forest, IL 60045

Dear Don and Marcia,

Please allow this letter, despite the encouragement not to communicate as per previous requests. First and foremost, please allow an apology for my last communication. That letter – the part with anger within it – was uncalled for; the result of reacting to frustration I'm afraid; please forgive that piece of the letter.

For several years, I've hoped that I've been immersed in law school or some odd field-based training, that Jenn and my divorce was not real; that I was supposed to find the subtle legal issue hidden within the matter. And, upon it being found, the find would magically erase all wasted time and misery that accompanied it; that we'd be re-united and happy, Mack and Jack at our side. Unfortunately, that doesn't seem to be the case, and I'm absolutely devastated.

I did want you all to know that I worked quite hard trying to correct that areas I could – lost 60 pounds, worked out like I used to in high school, stopped drinking, and made nutritional changes – in part as an apology to Jenn; to let her know that although untimely, at least I did make those changes as I promised her I would several years ago. That was the reason for my lawsuit that named you folks – to let you know what I had been through and to let you know that I was trying very hard to correct areas I had control over. Obviously, I would not sue her for abandonment, nor you folks for anything – not seriously at least.

I often think "What if I never left Ariba?", "What if I stopped drinking sooner?", "What if I stayed in Graduate School?" I can't do much about that now unfortunately.

Marrying your daughter was the best decision I made; that day the best of my life. Thank both of you for the wedding and thank you for all the support you gave me over the years. I was often more comfortable at your home than at my own parents' home; so thank you.

I just wanted the two of you to know just how much I was in love with your daughter and how I still feel for her so very deeply. I have never been more emotionally connected to another. I had no idea how deeply I felt for her, no idea how lucky I had been. I am so sorry for not being able to become a better man sooner – the years from 2007-2009 were good ones from me, purely from a fitness and wellness perspective. At the moment however, I have nothing to offer economically – having lost everything.

I hope that one day I can see you all again, but understand that if that is to be the case, it will need to come from you folks. Please tell Jenn I miss her and the boys more than I can ever explain in a letter and I hope ill will toward me has subsided, that memories of time spent laughing still possible.

With all my heart,

Ex. 25

1 of 1